Danish

RAIMI SHOAGA
P.O. Boks 7274
Oakland, California 94601
(510) 395-2926

I Pro Se



RECEIVED E filing

FEB - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## I DEN Amerika KVARTER GARDSPLADS NEMLIG

## Den NORD-KVARTER I CALIFORNIA

RAIMI SHOAGA,
             Sagsoger

v.

A.P. MOLLER MAERSK Sammenstille
Aka A.P. MOLLER-MAERSK s/en aka
DANSK A.P. MOLLER MAERSK
GRUPPEN aka FAST A.P. MOLLER
MAERSK; Linier, Indfojet MAERSK
NIGERIA LTD. Aka MAERSK aka
MAERSK HAVLande; A.P. MOLLER
NIGERIA LTD.; Udfolde sig NIGER-
IAN HAVNEBY Autoritet; NIGERIAN
AFGIFT Autoritet; Advokat GENERAL
I DEN NIGERIAN Forbunds Republik,
             Anklagede

Kasse Ikke **C08-00786** BZ

**BEKLAGELSE NEMLIG**
**Erstatning Kontraktbrud, Forsaetlight**
**Misrepresentation, (bedrag), Skodeslos**
**Misresentation, Omdannelse, Indblanding**
**Hos Kommerciel, Overtraedelse i den**
**Udenlandsk Korrupt Skik Opfore, skelnen**
**pa basis af National Opstaen**

Den sagsoger heri Raimi Shoaga, anke og pasta som folger:

### FORST Arsag til Aktionen
**(kontraktbrud)**
**(inblanding Hos Kommerciel)**
**(overtraedes I Undenlandsk Korrupt Skik Opfore)**
**(skelnen pa basis af Nationalitet)**
1.

## I

Indevaerende kasse er sig kvorover den Amerika Kvarter Gardsplads menlig den
Nord-Kvarter i California skal nyde selvstaendig jurisdiction i at den er baseret pa den
overtrades i Maritime og Admiralitet love i den Amerika, hen til omfatte 18 U.S.C.
1951a(), den overtraedelse i den Undelandsk Korrupt Skik Opfore i 1977, 15 U.S.C. et
seq., og den overtraedelse i Hoflig Befojelser hojde 42 U.S.C. 1981(a). Jurisdiction er
konferere pa indevaerende gardsplads af 28 U.S.C. 1331, 28 U.S.C. 13322(), og 28
U.S.C. 1333(1).

## II

Venue er konferere herpa gardsplads af 28 U.S.C. 1391a() i At indevaerende retslig
kvarter er the kvarter hvori den sagsoger krav opstod, og, hvori den anklagede A.P.Moller
Maersk Sammenstille aka A.P. Moller Maersk s/ en aka Dansk A.P. Moller Maersk
Gruppen aka Fast A.P. Moller Maersk og Maersk Linier, Indfojet er ger firma. Al
akkorder henvist til heri var noterede i heri retslig kvarter.

## III

Den sagsoger anfordringer en jury retssag.

## IV

Den sagsoger er indiv i Nigerian national opstaen, hvem, til enhver tid heri naevnt, bo
i den by i Oakland, Amt i Alameda, pasta i California, Den sagsoger er langt fra rederi,
offentlig baerer, eller afskibning service middel.

## V

Den anklagede A.P. Moller Maersk Gruppen aka A.P. Moller Maersk a/ en aka Dansk

2.

A.P. Moller Maersk Gruppen aka Fast A.P. Moller Maersk, henvist hen til hereafter nemlig "A.P. Moller", er en Aktiesalskab anbefalet ude pa landet i Dammark, og, nemlig noget af dens firma operationer afhaende oceangoing cargo og fragt afskibning tjenester.

### VI

Den anklagede Maersk Linier, Indfojet, henvist hen til hereafter nemlig Maersk Linier", er underrordnet i den anklgede A.P. Moller i Danmark, er en oceangoing cargo og fragt rederi, og gor firma henne ved knotorer placeret inde den by i Oakland California.

### VII

Den Anklgede Maersk Nigeria Ltd. Aka Maersk aka Maersk Lukke, henvist hen til hereafter nemlig Maersk Nigeria", er en underordnet i den anklagede A.P. Moller i Danmark, er en oceangoing cargo og skrobelig rederi, og, er gor firma og har knotorer henne ved Apapa, Havneby i Lagos, Forbunds Republik i Nigeria.

### VIII

Den anklagede A.P. Moller Nigeria Ltd., henvist hen til hereafter nemlig "A.P. Moller Nigeria", er den Nigerian herskesyg underordnet i den A.P. Mollern i Danmark, og, nemlig noget af dens firma operationer, afhaende oceangoing cargo og fragt afskibning tjenester, gor firma og has kontorer i Lagos, Forbunds Republik i Nigeria.

### IX

Den anklagede Udfolde sig er en individ, udskriver regning middel, og ansat i Maersk Nigeria, og gor firma henne ved knotorer placeret inde Apapa, Havneby i Lagos, Forbunds Republik i Nigeria.

3.

X

Den anklagede Nigerian Havneby Autoritet, henvist hen til hereafter nemlig :"havneby Autoritet", er en agentur og administrative afdeling i den Forbunds Republik i Nigeria, gor firma og har kontorer i Apapa, Havneby i Lagos, Forbunds Republik i Nigeria.

XI

Den anklagede Nigerian Afgift Autoritet, henvist hen til hereafter nemlig :afgift", er en agentur og administrative afdeling i den Forbunds Republik i Nigeria, gor firma og har kontorer i Apapa, Havneby i Lagos, Forbunds Republik i Nigeria.

XII

Den Advokat General i den Nigerian Forbunds Republik, henvist hen til hereafter nemlig "advokat General", er en regering funktionaer og hoved-retslig befalingsmand i den Forbunds Republik i Nigeria, og er ansvarlig nemlig den lovmaessighed i firma opertaioner i den anklagede Havneby Autoritet og Afgift

XIII

Oven pa omkring Juli 29, 2004, den sagsoger noterede i en pre-aflonnede afskibning overensstemmelse med den anklagede, A.P. Moller lidt efter lidt indgribende dens Underordnet Maersk Linier, hvori den var indforstaet i udveksle nemlig den sagsoger betaler hen til den anklagede Maersk Linier den hele indbegreb i Fem Tusind, Et hundrede Dollars, Amerikaner, ($5,100.00), den anklagede Maersk Linier ville levere den sagsoger cargo afskibning og demurrage tjenester hen til Apapa Lagos, ude pa landet i Nigeria.

XIV

4.

Oven pa omkring Juli 29, 2004, den sagsoger noterede i en pre-aflonnede afskibning overensstemmelse med den anklagede, A.P. Moller lidt efter lidt indgribende dens Underordnet Maersk Linier, hvori den var indforstaet at den anklagede A.P. Moller, lidt efter lidt igennem dens underordnet Maersk Liner, ville levere den sagsoger den hjaelp i maersk Linier cargo afskibning beholder MSKU8123727; S AntaL 50666 nemlig den afskibning, hen til Lagos Nigeria, i den sagsoger personlig ejendele

XV

At i overnsstemmelse med den aftalen og indga imellem den sagsoger og den anklagede A,P. Moller og Maersk Linier, den anklagede Maersk Linier repraesenteret hen til den sagsoger at cargo afskibning beholder MSKU8123727; S Antal 50666, hvilker var hen til kneehole den sagsoger personlig ejendele, ville vaere afsendte hen til Apapa Lagos Nigeria, taktfast hen til ankomme til Nigeria af August i den ar 2004.

XVI

At i overnsstemmelse med den aftalen og indga imellem den sagsoger og den anklagede A,P. Moller og Maersk Linier, den anklagede Maersk Linier repraesenteret hen til den sagsoger at cargo afskibning beholder MSKU8123727; S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Autoritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger.

XVII

At den sagsoger er indforstaet og tro at den cargo afskibning beholder S Antal gjorde komme ibn Apapa Havneby i Lagos Nigeria, i August i 2004.

5.

XVIII

At i Januar 2005, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig,

Havneby Autoritet, og Afgift var i nydelse i cargo afskibning beholder S Antal 50666,

hvilke fik ankom til Apapa, Havneby i Lagos Nigeria.

XIX

At i Januar i 2005, den sagsoger opsoge Nigeria hen til sporge om den status i cargo

afskibning beholedr S Antal 50666, hvilke, den sagsoger er indforstaet og tro, drog

folgende slutning Apapa, Havneby i Lagos Nigeria i August i 2004, men, nemlig i Januar

i 2005, restere i den nydelse i den anklagede A.P. Moller Nigeria Maersk Nigeria,

Udfolde sig, Havneby Autoritet. og Afgift.

XX

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning

beholder S Antal 50666, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig,

Havneby Autoritet, og Afgift indforstaet den sagsoger at sagsoger fik en undestaende

saldo pa slut Ti Tusind Dollars, Amerikaner, ($10,000.00), nemlig afskibning og

demurrage priser, og at den indhold i cargo beholder S Antal 50666 ville ikke vaere lost

hen til den sagsoger indtil at priser var aflonnede.

XXI

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning

beholder S Antal 50666, den anklagede A.P. Moller Maersk Linier, A.P. Moller Nigeria

Maersk Nigeria, Udflode sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at

den anklagede A.P. Moller og Maersk Linier var kraevende at den sagsoger retur cargo

6.

afskibning beholder MSKU8123727 S Antal 50666 hen til den anklagede Maersk Linier.

## XXII

At af Januar i 2005 hen til April i 2005, den sagsoger, sagsoger broder, og

medarbejdere sought an forklaring af den anklagede, og hver i den anklagede, i den

naermere $10,000.00 priser, men var afskaret fra byde welcome en forlaring i den

forogede koster.

## XXIII

At nemlig heraf arkivering den anklagede, og hver i den anklagede, fortsaette hen til

anfordring at den sagsoger licitationstilbud hen til den anklagede A.P. Moller Nigeria

Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift $90,000.00 i naervaerelse af

den indhold i cargo afskibning beholder S Antal 50666 ville vaers lost hen til den

sagsoger.

## XXIV

Den anklagede, og hver i den anklagede, nyde overtrades den kontrakt vedrorende

afskibning tjenester, nemlig noterede i af den sagsoger og den anklagede, og nyde

bemired den sagsoger erstatning.

## XXV

Den anklagede, og hver i den anklagede, nyde, af deres knotraktbrud, disponeret hen

til hindre den lobe i kommerciel nemlig forbudt af 18 U.S.C. 1951a(), nyde disponeret

hen til finans den urigtig have indflydelse pa i udenlandsk funktionaer nemlig forbudt af

15 U.S.C. et seq., og, nyde disponeret hen til overtraede den sagsoger hoflig befojelser af

hensyn til den sagsoger national opstaen nemlig forbudt imod af 42 U.S.C. 1981a(), og,

7.

nyde bemired den sagsoger erstatning.

## OTHER Arsag til Aktionen
### [Forsaetligt Misrepresentation (bedrag)]
### (inblanding Hos Kommerciel)
### (overtrades I Undenlandsk Korrupt Skik Opfore)
### (skelnen pa basis af Nationalitet)

I

Den sagsoger indiemmer hen af anbefaling hver og al paragraphed i den <u>FORST Arsag til Aktionen</u>

II

Oven pa omkring Juli 29, 2004, den sagsoger noterede i en pre-aflonnede afskibning overensstemmelse med den anklagede, A.P. Moller lidt efter lidt indgribende dens Underordnet Maersk Linier, hvori den var indforstaet at i udveksle nemlig den sagsoger betaler hen til den anklagede Maersk Linier den hele indbegreb i Fem Tusind, Et hundrede Dollars, Amerikaner, ($5,100.00), den anklagede Maersk Linier ville levere den sagsoger cargo afskibning og demurrage tjenester hen til Apapa Lagos, ude pa landet I Nigeria.

III

Oven pa omkring Juli 29, 2004, den sagsoger noterede i en pre-aflonnede afskibning overensstemmelse med den anklagede, A.P. Moller lidt efter lidt indgribende dens Underordnet Maersk Linier, hvori den var indforstaet at den anklagede A.P. Moller, lidt efter lidt igennem dens underordnet Maersk Liner, ville levere den sagsoger den hjaelp i maersk Linier cargo afskibning beholder MSKU8123727; S AntaL 50666 nemlig den afskibning, hen til Lagos Nigeria, i den sagsoger personlig ejendele

8.

## IV

At i overnsstemmelse med den aftalen og indga imellem den sagsoger og den anklagede A,P. Moller og Maersk Linier, den anklagede Maersk Linier repraesenteret hen til den sagsoger at cargo afskibning beholder MSKU8123727; S Antal 50666, hvilker var hen til kneehole den sagsoger personlig ejendele, ville vaere afsendte hen til Apapa Lagos Nigeria, taktfast hen til ankomme til Nigeria af August i den ar 2004.

## V

At i overnsstemmelse med den aftalen og indga imellem den sagsoger og den anklagede A,P. Moller og Maersk Linier, den anklagede Maersk Linier repraesenteret hen til den sagsoger at cargo afskibning beholder MSKU8123727; S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Autoritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger.

## VI

At den sagsoger er indforstaet og tro at den cargo afskibning beholder S Antal gjorde komme ibn Apapa Havneby i Lagos Nigeria, i August i 2004.

## VII

At i Januar 2005, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift var i nydelse i cargo afskibning beholder S Antal 50666, hvilke fik ankom til Apapa, Havneby i Lagos Nigeria.

## VIII

At i Januar i 2005, den sagsoger opsoge Nigeria hen til sporge om den status i cargo

afskibning beholedr S Antal 50666, hvilke, den sagsoger er indforstaet og tro, drog

folgende slutning Apapa, Havneby i Lagos Nigeria i August i 2004, men, nemlig i Januar

i 2005, restere i den nydelse i den anklagede A.P. Moller Nigeria Maersk Nigeria,

Udfolde sig, Havneby Autoritet. og Afgift.

## IX

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning

beholder S Antal 50666, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig,

Havneby Autoritet, og Afgift indforstaet den sagsoger at sagsoger fik en undestaende

saldo pa slut Ti Tusind Dollars, Amerikaner, ($10,000.00), nemlig afskibning og

demurrage priser, og at den indhold i cargo beholder S Antal 50666 ville ikke vaere lost

hen til den sagsoger indtil at priser var aflonnede.

## X

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning

beholder S Antal 50666, den anklagede A.P. Moller Maersk Linier, A.P. Moller Nigeria

Maersk Nigeria, Udflode sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at

den anklagede A.P. Moller og Maersk Linier var kraevende at den sagsoger retur cargo

afskibning beholder MSKU8123727 S Antal 50666 hen til den anklagede Maersk Linier.

## XI

At af Januar i 2005 hen til April i 2005, den sagsoger, sagsoger broder, og

medarbejdere sought an forklaring af den anklagede, og hver i den anklagede, i den

naermere $10,000.00 priser, men var afskaret fra byde welcome en forlaring i den

forogede koster.

10.

## XII

At nemlig heraf arkivering den anklagede, og hver i den anklagede, fortsaette hen til anfordring at den sagsoger licitationstilbud hen til den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift $90,000.00 i naervaerelse af den indhold i cargo afskibning beholder S Antal 50666 ville vaers lost hen til den sagsoger.

## XIII

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede Maersk Linier med dem hensigt represented hen til den sagsoger at cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Ghavneby Autoritet og Afgift, og sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger.

## XIV

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede A.P. Moller og Maersk Linier kendte at den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift ville opbevare og pasta nydelse i cargo afskibning beholder S Antal 50666, efter sig fik ankom til Apapa, Havneby i Lagos Nigeria indtil at priser nodvendiggjort af den anklagede, A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift var aflonnede.

11.

XV

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede A.P. Moller og Maersk Linier kendte at den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift ville opbevare og pasta nydelse i cargo afskibning beholder S Antal 50666 indtil den sagsoger aflonnede den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift og naermere $10,000.00.

XVI

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede Maersk Linier med den hensigt repraesenteret hen til den sagsoger at cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger for at indkalde den sagsoger reliance pa Maersk Linier nemlig en politely oceangoing cargo afskibning service.

XVII

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede Maersk Linier med den hensigt repraesenteret hen til den sagsoger at cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa

12.

Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger for at indkalde den sagsoger hen til licitationstilbud hen til den anklagede A.P. Moller og Maersk Linier $5,100.00.

## XVIII

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede Maersk Linier med den hensigt repraesenteret hen til den sagsoger at cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger for at indkalde den sagsoger, den anklagede A.P. Moller og Maersk Linier bevirkede den sagsoger hen til stole pa den anklagede palidelighed nemlig en oceangoing cargo afskibning service.

## XIX

At pa den tid at den sagsoger og den anklagede A.P. Moller og Maersk Linier noterede i den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk Linier, den anklagede Maersk Linier med den hensigt repraesenteret hen til den sagsoger at cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger, den sagsoger gjorde, ja endog rely pa den beskrivelse I den

13.

anklagede A.P. Moller og Maersk Linier, og den sagsoger reliance var berettiget.

## XX

At i Januar i 2005, den sagsoger opsoge Nigeria hen til sporge om den status i cargo afskibning beholedr S Antal 50666, hvilke, den sagsoger er indforstaet og tro, drog folgende slutning Apapa, Havneby i Lagos Nigeria i August i 2004, men, nemlig i Januar i 2005, restere i den nydelse i den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet. og Afgift.

## XXI

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning beholder S Antal 50666, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at sagsoger fik en undestaende saldo pa slut Ti Tusind Dollars, Amerikaner, ($10,000.00), nemlig afskibning og demurrage priser, og at den indhold i cargo beholder S Antal 50666 ville ikke vaere lost hen til den sagsoger indtil at priser var aflonnede.

## XXII

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning beholder S Antal 50666, den anklagede A.P. Moller Maersk Linier, A.P. Moller Nigeria Maersk Nigeria, Udflode sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at den anklagede A.P. Moller og Maersk Linier var kraevende at den sagsoger retur cargo afskibning beholder MSKU8123727 S Antal 50666 hen til den anklagede Maersk Linier.

## XXIII

Den anklagede, A.P. Moller og Maersk Linier, nyde forpligtet en forsaetligt

14.

misrepresentation nemlig imod den sagsoger, og nyde bevirkede den sagsoger reliance pa

sadan misrepresentations, og nyde bevirkede den sagsoger erstatning.

### XXIV

Den anklagede. A.P. Moller og Maersk Linier, nyde, af deres aktioner, og urigtig

bankerot hen til opfore med den hensigt skabt beskrivelse i klaede det givne hen til den

sagsoger, og nyde forpligtet med den hensigt bedrag imod den sagsoger, handlende hen til

hendre den lobe i kommerciel nemlig forbudt af 18 U.S.C. 1951a(), handlende hen til

finans den uritig have indflydelse pa i udenlandsk funktionaer nemlig forbudt af 15

U.S.C. et seq., og, handlende hen til hid fore den lovbrud sagsoger hoflig befojelser

nemlig i sagsoger national opstaen nemlig forbudt igen af 42 U.S.C. 1981a(), forarsager

den sagsoger erstatning.

### TREDJEDEL Arsag til Aktionen
#### (skodeslos Misrepresentation)
#### (inblanding Hos Kommerciel)
#### (overtrades I Undenlandsk Korrupt Skik Opfore)
#### (skelnen pa basis af Nationalitet)

### I

Den sagsoger indiemmer hen af anbefaling hver og al paragraphed i den <u>OTHER</u>

<u>Arsag til Aktionen</u>

### II

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede Maersk Linier med dem hensigt represented hen til den sagsoger at

cargo afskibning beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos

15.

Nigeria, ville vaere have opsyn med af den anklagede Ghavneby Autoritet og Afgift, og

sa er der ikke mere, den indhold i den afskibning beholder ville vaere lost hen til

modtager i den sagsoger.

III

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede A.P. Moller og Maersk Linier kendte at den anklagede A.P. Moller

Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift ville opbevare og

pasta nydelse i cargo afskibning beholder S Antal 50666, efter sig fik ankom til Apapa,

Havneby i Lagos Nigeria indtil at priser nodvendiggjort af den anklagede, A.P. Moller

Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift var aflonnede.

IV

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede A.P. Moller og Maersk Linier kendte at den anklagede A.P. Moller

Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift ville opbevare og

pasta nydelse i cargo afskibning beholder S Antal 50666 indtil den sagsoger aflonnede

den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og

Afgift og naermere $10,000.00.

V

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

16.

Linier, den anklagede Maersk Linier repraesenteret hen til den sasoger at cargo afskibning

beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere

have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere,

den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger,

den anklagede, og hver i den anklagede, fik en hvery hen til offentliggore hen til sagsoger

hviken som helst sporgsmal at matte environing den sagsoger indga hos den anklagede

A.P. Moller og Maersk og Maersk Linier, men ingen i den anklagede nogen sende skabt

hviken som helst sada afsloring.

VI

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede Maersk Linier repraesenteret hen til den sasoger at cargo afskibning

beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere

have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere,

den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger,

den anklagede A.P. Moller og Maersk Linier bevirkede den sgasoger reliance pa den

anklagede, og hver i den anklagede, tjenester nemlig em politely oceangoing cargo

afskibning service.

VII

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede Maersk Linier repraesenteret hen til den sasoger at cargo afskibning

17.

beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere

have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere,

den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger,

forarsager den sagsoger hen til licitationstilbud hen til den anklagede A.P. Moller og

Maersk Linier $5,100.00.

VIII

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede Maersk Linier repraesenteret hen til den sasoger at cargo afskibning

beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere

have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere,

den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger, den

anklagede A.P. Moller og Maersk Linier bevirkede den sagsoger hen til stole pa den

anklsgede palidlighed nemlig en oceangoing cargo afskibning service.

IX

At pa den tid at den sasoger og den anklagede A.P. Moller og Maersk Linier noterede i

den aftalen og indga imellem den sagsoger og den anklagede A.P. Moller og Maersk

Linier, den anklagede Maersk Linier repraesenteret hen til den sasoger at cargo afskibning

beholder S Antal 50666, naeste ankomst henne ved Apapa Lagos Nigeria, ville vaere

have opsyn med af den anklagede Havneby Auotritet og Afgift, og, sa er der ikke mere,

den indhold i den afskibning beholder ville vaere lost hen til modtager i den sagsoger, den

sagsoger reliance var berettiget.

18.

X

At i Januar i 2005, den sagsoger opsoge Nigeria hen til sporge om den status i cargo afskibning beholedr S Antal 50666, hvilke, den sagsoger er indforstaet og tro, drog folgende slutning Apapa, Havneby i Lagos Nigeria i August i 2004, men, nemlig i Januar i 2005, restere i den nydelse i den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet. og Afgift.

XI

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning beholder S Antal 50666, den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at sagsoger fik en undestaende saldo pa slut Ti Tusind Dollars, Amerikaner, ($10,000.00), nemlig afskibning og demurrage priser, og at den indhold i cargo beholder S Antal 50666 ville ikke vaere lost hen til den sagsoger indtil at priser var aflonnede.

XII

At i Januar i 2005, pa den sagsoger foresporgsel omkring den status i cargo afskibning beholder S Antal 50666, den anklagede A.P. Moller Maersk Linier, A.P. Moller Nigeria Maersk Nigeria, Udflode sig, Havneby Autoritet, og Afgift indforstaet den sagsoger at den anklagede A.P. Moller og Maersk Linier var kraevende at den sagsoger retur cargo afskibning beholder MSKU8123727 S Antal 50666 hen til den anklagede Maersk Linier.

XIII

At nemlig heraf arkivering den anklagede, og hver i den anklagede, fortsaette hen til anfordring at den sagsoger licitationstilbud hen til den anklagede A.P. Moller Nigeria

19.

Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift $90,000.00 i naervaerelse af

den indhold i cargo afskibning beholder S Antal 50666 ville vaers lost hen til den

sagsoger.

## XIV

At en anklagede, og hver i den anklagede, nyde forpligtet en skodeslos

misrepresentation nemlig imod den sagsoger, og nyde bevirkede den sagsoger erstatning

## XV

Den anklagede, A.P. Moller og Maersk Linier, nyde, af deres aktioner, og urigtig

bankerot hen til opfore skodeslos skabt misrepresentations i klaede det givne hen til den

sagsoger, og nyde forpligtet en skodeslos misrepresentation imod de sagsoger, hindring

den lobe i kommerciel nemlig forbudt af 18 U.S.C. 1951a(), handlende hen til finans den

urigtig have indflydelse pa i udenlandsk funktionaer nemlig forbudt af 15 U.S.C. et seq.,

og handlende hen til overtraede den sagsoger hoflig befojelser af hensyn til sagsoger

national opstaen nemlig forbudt imod af 42 U.S.C. 1981a(), forarsager den sagsoger

erstatning.

### FJERDE Arsag til AKTIONEN
#### omdannelses
#### (inblanding Hos Kommerciel)
#### (overtraedes I Undenlandsk Korrupt Skik Opfore)
#### (skelnen pa basis af Nationalitet)

## I

Den sagsoger indiemmer hen af anbefaling hver og al paragraphed i den TREDJEDEL

Arsag til Aktionen

## II

20.

At nemlig heraf arkivering den anklagede, og hver i den anklagede, fortsaette hen til anfordring at den sagsoger licitationstilbud hen til den anklagede A.P. Moller Nigeria Maersk Nigeria, Udfolde sig, Havneby Autoritet, og Afgift $90,000.00 i naervaerelse af den indhold i cargo afskibning beholder S Antal 50666 ville vaers lost hen til den sagsoger.

## III

Til enhver tid heri naevnt, den anklagede, og hver i den anklagede, beregnet pa opfore, og pasta en hensigt hen til opfore, hen til kraenke den sagsoger interesse for sagsoger personlig ejendele, og hen til overtage den sagsoger personlig ejendele nemlig den anklagede, og hver anklagede, personlig skaffe.

## IV

Til enhver tid heri naevnt, den anklagede, og hver i den anklagede, beregnet pa opfore, og pasta en hensigt hen til opfore, hen til kraenke den sagsoger interesse for Sagsoger knebre op, og hen til holde ledelse og control med den sagsoger knebre op nemlig den anklagede, og hver anklagede, personlig skaffe.

## V

Til enhver tid heri naevnt, den sagsoger var berettiget den umiddelbar nydelse i den sagsoger personlig ejendele og knebre op, nemlig afsendte af den anklagede hen til Apapa Havneby I Lagos Nigeria.

## VI

Til enhver tid heri naevnt, den anklagede, og hver anklagede, gjorde, ja endog, kraenke den sagsgoger interesse for den sagsoger personlig ejendele og knebre op, og gjorde, ja

21.

endog, overtage den sagsoger personlig ejendele og knebre op nemlig den anklagede personlig skaffe.

## VII

Den anklagede, og hver i den anklagede, nyde, af deres aktioner, og urigtig bankerot hen til opfore, forpligtet en omdannelse med hensyn til den personlig ejendele i den sagsoger, og nyde bevirkede den sagsoger erstatning

## VIII

Den anklagede, og hver i den anklagede, nyde, af deres virker i uritig omdannelse, disponeret hen til hindre den lobe i kommerciel nemlig forbut af 18 U.S.C. 1951a(), nyde disponeret hen til finans den urigtig have indflydelse pa i udenlandsk funktionaer nemllig forbudt af 15 U.S.C. et seq., og, nyde disponeret hen til overtraede den sagsoger hoflig befojelser af hensyn til sagsoger national opstaen nemlig forbudt imod af 42 U.S.C. 1981a(), kausal den sagsoger erstatning.

**WHEREFORE**, den sagsoger bed,

1. Nemlig erstatning nemlig den anklagede, og hver anklagede, kontraktbrud;

2. Nemlig erstatning nemlig den anklagede, og hver anklagede, forsaetligt misrepresentation;

3. Nemlig erstatning nemlig den anklagede, og hver anklagede, negkligent misrepresentation;

4. Nemlig erstatning nemlig den anklagede, og hver anklagede, omdannelse;

5. Nemlig erstatning nemlig den anklagede, og hver anklagede, overtraedelse I 18 U.S.C. 1951a();

22.

6. Nemlig erstatning nemlig den anklagede, og hver anklagede, overtraedelse i den

Udenlandsk Korrupt Skik Opfore I 1977, 15 U.S.C. et seq.;

7. Nemlig erstatning nemlig den anklagede, og hver anklagede, overtraedelse I 42

U.S.C. 1981a();

8. Nemlig koster i passe; og,

9. Nemlig sadan anden og nojere lettelse nemlig den gardsplads ma anset for gore

bekendtskab med og undertiden den lokaler.

**Og**, I den alternativ,

1. Nemlig erstatning i en belob i mindst $10,000,000.00;

2. Nemlig koster i passe; og,

3. Nemlig sadan anden og nojere lettelse nemlig den gardsplads ma anset for gore

bekendtskab med og judt ind ender den lokaler.

dateret: October 29, 2007

RAIMI SHOAGA- Sagsoger I Pro Se

23.

# TARGET SHIPPING

BILL OF LADING

| SHIPPER | REFERENCE NO. | CARRIER BOOKING NO. |
|---|---|---|
| JAIME SHUAGA | TGT 21368 | 2435171 |
| 1060 67TH STREET | EXPORT REFERENCES | |
| OAKLAND, CA 94581 | | |

CONSIGNEE - ( NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER )
PRIMI SHUAGA
C/O JILLIAN RAFFU & BILLY SHUAGA
P. O. BOX 1924 - SAPON, ABEOKU T
OGUN NIGERIA, WEST AFRICA

FORWARDING AGENT - References6123
SKY 2 C FREIGHT SYSTEMS
25012 VIKING STREET
HAYWARD, CA 94545

POINT AND COUNTRY OF ORIGIN
CALIFORNIA                    UNITED STATES OF AMERICA

NOTIFY PARTY
SAME AS ABOVE

ALSO NOTIFY - ROUTING INSTRUCTIONS

| PIER | PLACE OF RECEIPT by PRE-CARRIER | RELEASE AGENT |
|---|---|---|
| | | MAERSK NIGERIA LTD-LAGOS |
| VESSEL AND VOYAGE NUMBER | PORT OF LOADING | MAERSK HOUSE, 121 LOUIS SOLOMON |
| CONDOR 0415 | OAKLAND | CLOSE, PO BOX 72554 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | VICTORIA ISLAND, LAGOS NIGERIA |
| LAGOS | | TEL: +234 01 2626450 |

| Mrks & Nos/Container Nos | Container Type | Description | Cargo | Gross Weight | Measurement |
|---|---|---|---|---|---|
| MSKU 812372 7 | 1x40HC | CONTAINER SLAC: | | 30000.00L | |
| S#: 506667 | | 1 LOT | | 13607.91K | |
| | | HOUSEHOLD GOODS & PERSONAL | | | |
| | | EFFECTS | | | |
| | | | | | |
| | | THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE | | | |
| | | EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH | | | |
| | | THE EXPORT ADMINISTRATION REGULATIONS. ULTIMATE | | | |
| | | DESTINATION NIGERIA. DIVERSION CONTRARY TO UNITED | | | |
| | | STATES LAW PROHIBITED. | | | |

FREIGHT PREPAID
NO SED REQUIRED-VALUE UNDER $2500
SHIPPER'S LOAD STOW & COUNT

Phon# 1-877-699-9444

# 5

NON NEGOTIABLE

1-877-6999444 X 5168

These commodities, technology or software were exported from the United States in accordance with the export administrative regulations. Diversion contrary to U.S. law prohibited.

SHIPPER DECLARED VALUE =

| RATES | BASE | PREPAID | COLLECT | CUR |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

FREIGHT PREPAID

| Number of Original BILLS of Lading | Place and Date of Issue |
|---|---|
| 3 | JUL 29, 2004 |

Dated JUL 29 2004

# ✦ MAERSK SEALAND

COPY

| Container No. | Size | Type | Charges | Basis | UOM | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 40 | HIGH | THC | 40 | 1 | 56,300 | 56,300 |
| | | | Doc Fees | BL | 1 | 2,100 | |
| | | | Cleaning Charge | 40 | 1 | | |
| | | | Mowca Charge | 40 | 1 | | |
| | | | Deposit - Outside Lagos | ls | 0.05 | | |
| | | | Com Dep | 40 | | | |
| | | | Demurrage | 40 | | | |
| | | | Demurrage | BL | | | |
| | | | Telex Release | | | | |

| | | | |
|---|---|---|---|
| Total Charges | | | 698,565 |
| VAT | 5.00% | NAIRA | 393,585 | 19,677 |
| **GRAND TOTAL** | | **NAIRA** | **713,242** |

VAT Nº: APV19002229330        DEPT. APPROVAL



MAERSK SEALAND

CHARGE CALCULATION BREAKDOWN

Ch. Type DET    Tariff    Loc NGAPP    DMA IMP

Vsl/Voy/Line

NEW027867    RAIMI SHOAGA

(1)(DET)    NGN    308,745.00

J1442814 VSL/VOY/ROUTE 826 CHRISTIAN MAERS/0417N 21

MSKU8123727 (40HVH )    (FTK NGAPP 00034,001

04/09/08 - 04/09/14

04/09/15 - 05/09/27

NGN    2,287.00  x135 days NGAPP    00034,001

308,745.00

308,745.00

$37,220

# NIGERIAN PORTS AUTHORITY
## CONTAINER TERMINAL APAPA/IJORA   № 014333

To: ......As Under.................................................   Date: ......13/1/2005.........

From: ....Port Manager, CT................................   Ref: ..CT/PM/OP/R.2/ O5|.........

## CLEARANCE NOTIFICATION

Please raise Debit Note for the following Container(s) not yet listed as Overtime to: ........................

....................RATMI SHOAGA ATTN: COST & FREIGHT AG. LTD...................

provided the container(s) is/are not under detention.

This is subject to payment of Customs Import Duty, Shipping Company Charges and Other Applicable Port Charges.

| CONTAINER NUMBER(S) | VESSEL | DATE OF ARRIVAL | TOTAL NUMBER OF CONTAINER(S) | REMARKS |
|---|---|---|---|---|
| NSKU 812372-1 | CHRISTIAN MSK B/L/NO. 171 | 24/8/2004 | 1x40' Cont. (one) only. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

On receipt of this memo, the Principal Manager (Marketing) is directed to ensure that Customs Exchange Control, Shipping Company's Release Slip) Bank Revenue Receipt for Import Duty are in order and other formalities at the port Strictly complied with before issuance of N.P.A. Delivery documents

However companies without IDR should **NOT** be treated, please.

PORT MANAGER 13/1/05
for: PORT MANAGER, CT

DISTRIBUTION:
Traffic Manager, CT.
Prin. Manager (Marketing) CT.
Senior Manager (Traffic) Lilypond, Ijora
P. A. - Port Manager, CT