# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP, aka A.P.
MOLLER-MAERSK A/S; et al.,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00786 BZ

**TO:** (Name and address of defendant)

(1) A. P. MOLLER-MAERSK GROUP a/s
Esplanaden 50
1098, Copenhagen K
DENMARK

(6) Maersk Inc, Maersk Lines Ltd.

(5) Maersk Nig. Ltd, A P Moller Nig Ltd
BLOSADA

(2) Nigerian Customs Authority
same as Nigerian Customs Service
Zone 3, Wuse, PMB 26 Abuja Nigeria

(3) Nigerian Ports Authority
RoRo/Tincan Island, PMB 1198
Lagos, Nigeria, West Africa

(4) The Attorney General & Ministry
of Justice, Federal Secretariat
Abuja, Nigeria

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB - 4 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK