# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

April 10, 2008

To:  Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

Re: Raimi Shoaga

Dear Raimi Shoaga:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **May 12, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
    Lashanda Scott
    Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd