# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

RAIMI SHOAGA,

Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00786

V.

A.P. MOLLER-MAERSK GROUP, aka A.P.
MOLLER-MAERSK A/S; et al.,

Defendants

(2) Nigerian Customs Authority
Same as Nigerian Customs Service
Zone 3, Wuse, PMB 26 Abuja Nigeria

(3) Nigerian Ports Authority
Roro/Tincan Island, PMB 1198
Lagos, Nigeria, West Africa

(4) The Attorney General & Ministry
of Justice, Federal Secretarian
Abuja, Nigeria

(6) TO: (Name and address of defendant)
Maersk Inc, & Maersk Lines Ltd

(1) A. P. MOLLER-MAERSK GROUP a/s
Esplanaden 50
1098, Copenhagen K
DENMARK

(5) Maersk Nig. Ltd, A P Moller Nig Ltd
BLOSADA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601

**FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE FEB - 4 2008



Raimi Shoga
1080 67th Street Apt  #E
Oakland, Calif. 94608

US  USA

Administrationsafdelingen
Nytorv 25
DK 1450 København K, Denmark
Phone + 45 33448000
Fax +45 33448488
SE 21 24 02 14

00011570/Sagsbeh. REL
J.nr. 8703.2008.80.3
Vedr.

5. marts 2008

We hereby return the document with reference to the enclosed Certificate.

Best regards

Mette Primodt Hansen
deputy judge



Til stævningsmanden

Infocenteret
Domhuset, Nytorv
1450 København K
Tlf. 33 44 80 00
Fax 33 44 84 75
SE 21 24 02 14

**Retur senenst den 18. marts 2008**

00011348/Sagsbeh. REL
J.nr. 8704.2008.20.2
Vedr.

26. februar 2008

Vedhæftede dokument bedes søgt **overleveret** til adressaten **personligt.**
**A. P. Møller - Mærsk Group, A/S, Amaliegade 35, 1., 1256 København K**
Påtegning <u>skal</u> ske på denne skrivelse.

Adressaten bedes udtrykkeligt gjort opmærksom på, at overlevering ifølge Haagerkonventionen kun kan ske, hvis dokumentet **modtages frivilligt,** og at det ikke kan oplyses, hvilken betydning det vil have for sagens videre forløb, om dokumentet modtages eller afvises, herunder om adressaten vil kunne dømmes som udebleven.

2 9 FEB. 2008
Den _____ har undertegnede stævningmand ved Københavns Byret overleveret/~~forgæves søgt at overlevere~~ omhandlede dokument på den opgivne adresse _____

_Amaliegade 35 ¹      1256 K K_

til adressaten personligt (navn) _____

_A. P. Møller - Mærsk Groupe A/S_

1) der efter at være gjort bekendt med, at dokumentet skal modtages frivilligt, erklærede sig villig til at modtage dokumentet _Manager Tom Becker._

2) der efter at være gjort bekendt med, at dokumentet skal modtages frivilligt, nægtede ~~at modtage dokumentet grundet~~ manglende dansk oversættelse. ~~Adressaten blev gjort bekendt med, at det ikke kan~~ oplyses, hvilken ~~betydning det vil have for sagens videre forløb, at dokumentet afvises~~ _____

Stævningmands navn og underskrift
Claus E. Christensen          2 9 FEB. 2008

**CERTIFICATE**
ATTESTATION
ZUSTELLUNGSZEUGNIS

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
Undertegnede myndighed har herved den ære i overensstemmelse med konventionens artikel 6 at bekræfte,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,

☒ 1. **that the document has been served**
at forkyndelsen er foretaget
que la demande a été exé cutée
dass der Antrag erledigt worden ist

- **the (date)**
den (dato)                          **29-02-2008**
le (date)
am (Datum)

- **at (place, street, number)**
på/i (sted, gade, husnummer)        **A.P. Møller-Mærsk Group A/S**
à (localité, rue, numéro)           **Amaliegade 35,1**
in (Ort, Strasse, Nummer)           **1256  København K**

☒ a) **in accordance with the provisions of sub-paragraph (a) at the first paragraph of article 5 of the Convention**
i overensstemmelse med reglerne I konventionens artikel 5, stk. 1, litra (a)
selon les formes légales (article 5, alinéa premier, lettre a)
in einer der gesetzlicher Formen (Artikel 5 Absatz 1 Buchstabe a)

☐ b) **in accordance with the following particular method:**
ved anvendelse af følgende særlige fremgangsmåde:
selon la forme particulière suivante:
in der folgenden besonderen Form:

☐ c) **by delivery to the adressee, who accepted it voluntarily.**
ved overlevering af dokumentet til adressaten, der modtog det frivilligt.
par simple remise.
durch einfache Übergabe.

**The documents referred to in the request have been delivered to:**
De i anmodningen nævnte dokumenter er overleveret til: **A.P. Møller-Mærsk Group A/S, Amaliegade 35,1,**
Les documents mentionnés dans la demande ont été remis à: **1256  København K**
Die in dem Antrag erwähnten Schriftstücke sind übergegeben worden an:

- **(identity and description of person)**
(vedkommendes navn og stilling) **Manager Tom Becker**
(identité et qualité de la personne)
(Name und Stellung der Person)

- **relationship to the addressee family, business or other:**
tilknytning til adressaten familiemæssig, forretningsmæssig eller anden: **Employee**
liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
Vervandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:

☐ 2. **that the document has not been served, by reason of the following facts:**
at forkyndelse på grund af følgende omstændigheder ikke er foretaget:
que la demande n'a pas été executée, en raison des faits suivants:
dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:

☐ **In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed it the attached statement.**
I overensstemmelse med konventionens artikel 12, stk. 2, anmodes rekvirenten om at betale eller refundere de i vedlagte bilag nærmere angivne omkostninger.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le détail figure au mémoire ci-joint.
Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiligenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten.

☐ **Annexes:**                          ☒ **Documents returned:**
Bilag:                                   Tilbagesendte dokumenter:
Annexes:                                 Piéces renvoyées:
Anlagen:                                 Zurückgesandte Schriftstücke:

☐ **In appropiate cases, documents establishing the service:**
I givet fald documenter, der viser, at anmodningen er efterkommet:
Le cas échéant, les documents justificatifs de l'exécution:
Gegebenenfalls Erleidigungsstücke:

**Signature and/or stamp:**
Underskrift og/eller stempel:
Signature et/ou cachet
Unterschrift und/oder Stempel    **Mette Frimodt Hansen, deputy judge.**        Date  4/3 - 08

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

*Jmt. modt.*
*1 4 FEB. 2008*

**Convention on the service abroad of judicial and extrajudicial documents in civil or**
**commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>Raimi Shoaga<br>1080  67th Street, Apt #E<br>Oakland, Calif. 94608<br>U S A | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>Danish Ministry of Justice<br>(Justitsministeriet)<br>Slotsholmsgade 10<br>1216 Copenhagen K<br>Denmark |

**The undersigned applicant has the honour to transmit – in duplicate– the documents listed below and, in conformity**
**with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir–en double exemplaire–à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
*(identité et adresse)*

A. P. Moller-Maersk Group a/s
Esplanaden 50
1098 Copenhagen K     DENMARK

☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☒ **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*:**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes**
**with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

| **List of documents**<br>*Enumération des pièces* | **Done at** ___2-4___ , **the** _2008_<br>*Fait à*                               , *le* |
|---|---|
| Civil Summons, United States District Court | |
| Civil Complaint for Breach of Contract | **Signature and/or stamp**<br>*Signature et/ou cachet* |
| Complaint (English)<br>+ Danish | *Shoaga* |

\*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

Akt.nr. 10 05 ... 4012 -0490
Justitsministeriet
Civilkontoret

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

RAIMI SHOAGA Oakland, CA Box 7274 94601

**Particulars of the parties:**
*Identité des parties:*

RAIMI SHOAGA BOX 7274 OAKLAND, CA 94601 USA

**JUDICIAL DOCUMENT**
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Summons & Complaint

Civil Complaint for Breach of Contract, Fraud, Conversion, Interference With Commerce, Corrupt Practices

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil Complaint

United States District Court Civil Proceeding, Amount in Dispute $10,000,000.00

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

United States District Court for Northern District, San Francisco Ca

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

n/a

**Date of judgment**:**
*Date de la décision:*

n/a

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

20 days

Time for Response 20 days

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*

| Attorney or Party without Attorney:<br>RAIMI SHOAGA<br>P.O. BOX 7274<br>OAKLAND, CA 94601<br>Telephone No: 510 395-2926 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | Ref. No. or File No.: | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United States District Court, Northern District Of California | | | | |
| *Plaintiff:* SHOAGA | | | | |
| *Defendant:* A.P. MOLLER | | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS & COMPLAINT | | | | C08-00786 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT

| | |
|---|---|
| *3. a. Party served:*<br>   *b. Person served:* | MAERSK, INC. -C/O CT CORPORATION SYSTEM<br>MARGARET WILSON- Process Specialist |
| *4. Address where the party was served:* | 818 WEST SEVENTH ST.<br>LOS ANGELES, CA 90017 |

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Wed., Apr. 09, 2008 (2) at: 11:06AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* MAERSK, INC. -C/O CT CORPORATION SYSTEM
   Under CCP 416.10 (corporation)

*7. Person Who Served Papers:*
   a. BENON DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** *for Service was:*   $100.00
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*   3929
      *(iii) County:*   Los Angeles
      *(iv) Expiration Date:*   Sat, Jun. 07, 2008

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Apr. 10, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(BENON DEMIRCHYAN)
*200803924.raisho.64826*

# COUNTRYWIDE PROCESS, LLC

| Thursday April 10, 2008 | *I N V O I C E* | RAISHO.64826 |
|---|---|---|

5437 LAUREL CANYON BLVD. #112
VALLEY VILLAGE, CA 91607
Telephone: (818) 980-7378, FAX: (818) 980-5358, Tax ID: 35-2230222

RAIMI SHOAGA
P.O. BOX 7274
OAKLAND CA 94601

Work Order #: 200863924
Case #: C08-00786
Court: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Title: SHOAGA vs. A.P. MOLLER
Documents: SUMMONS & COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 04/09/08 11:06AM | Personal Service  MAERSK, INC. -C/O CT CORPORATION SYSTEM, AT Business 818 WEST SEVENTH ST.  LOS ANGELES CA  90017, by serving: MARGARET WILSON- Process Specialist, Served By: BENON DEMIRCHYAN | |
| 04/07/08 | Deposit On Services  MONEY GRAMCheck Number: 5733164549, Thank You! | -100.00 |
| 04/10/08 | PROCESS SERVICE | 100.00 |
| **PLEASE PAY FROM THIS INVOICE.** | | **0.00** |

**WHEN PAYING FROM ANY INVOICE OR STATEMENT PLEASE MAIL A COPY TO OUR OFFICE ALONG WITH YOUR PAYMENT.**
**THANK YOU FOR YOUR BUSINESS.**

**VISIT US ONLINE AT www.countrywideprocess.com**

**SERVING LOS ANGELES, ORANGE, RIVERSIDE, SAN BERNARDINO, VENTURA AND SAN DIEGO COUNTIES.**

**DO NOT BE LEFT BEHIND. ASK US ABOUT THE UPCOMING E-FILING PROGRAM. SAVE TIME, MONEY AND KEEP BETTER TRACK OF WORK YOU HAVE SENT OUT.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | **DATE** 4-3-08 |
| **Name of SERVER** Loyce Hampson | **TITLE** C 08-00786 BZ |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: C T Corp 818 W. Seventh St. LA CA 90017

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Margaret Wilson, Process Specialist 4/3/08 @ 2:55pm

☐ Returned unexecuted:

☒ Other (specify): Maersk Inc

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Anaheim → LA → Anaheim | Process Service | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/3/08___
*Date*

_____
*Signature of Server*

225 S. Rio Vista St B70
*Address of Server*
Anaheim, CA 92806

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4/3/08 |

| Name of SERVER | TITLE |
|---|---|
| Loyce Hampson | Shoaga VS AP Moller et al |

C08-00786 BZ

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

CT Corp. 818 W. Seventh St. L.A CA 90017

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Margaret Wilson, Process Specialist
4/3/08 @ 2:55pm

☐ Returned unexecuted:

☒ Other (specify): Maersk Lines Ltd

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Anaheim → LA → Anaheim | Process Service | $40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/08
_____
Date

_____
Signature of Server

225 S. Rio Vista St B70
_____
Address of Server

Anaheim, CA 92806

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*Waiver of Summons*

*(1) Notice of Lawsuit*

*Order*

*Setting CMC*

*ADR deadlines*

*C08-00786 BZ*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the ~~Summons~~ and ~~Complaint~~ was made by me | 4/3/08 |

| Name of SERVER | TITLE |
|---|---|
| Loyce Hampson | |

**Check one box below to indicate appropriate method of service**

☒ Served Personally upon the Defendant. Place where served: CT Corp 818 W. Seventh St LA CA 90017

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Margaret Wilson, Process Specialist 4/3/08 @ 2:55 pm

☐ Returned unexecuted:

☒ Other (specify): Maersk Inc

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Anaheim → LA → Anaheim | Service of Process | $40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/3/08___
Date

Signature of Server

225 S. Rio Vista St B70
Address of Server
Anaheim CA 92806

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

*Order Setting Initial CMC & ADR deadline*

## RETURN OF SERVICE

① *Notice of Lawsuit* ② *Order*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 4-3-08 |

| Name of SERVER | Loyce Hampson | TITLE | C 08-00786 BZ |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: C T Corp 818 W. Seventh St. LA CA 90017

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Margaret Wilson, Process Specialist 4/3/08 @ 2:55pm

☐ Returned unexecuted:

☒ Other (specify): Maersk Lines Ltd

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Anaheim → LA → Anaheim | Service of Process | $40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/3/08___
         Date

_____
Signature of Server

225 S. Rio Vista St B70
Address of Server
Anaheim CA 92806

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Item Description (Nature de l'envoi ) | Registered ☑ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail Inter-national |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number  RE 181 184 945 US

Office of Mailing (Bureau de dépôt)  OAKLAND, CA

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)  A.P. Moller – Maersk a/s

Street and No. (Rue et No.)  Esplanaden 50   Copenhagen K

Place and Country (Localité et pays)  DENMARK

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865,** February 1997 *(Reverse)*

---

| Item Description (Nature de l'envoi ) | Registered ☑ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail Inter-national |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number  RE 181 184 959 US

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)  Danish Ministry of Justice

Street and No. (Rue et No.)  (Justitsministeriet) Slotsholmsgade

Place and Country (Localité et pays)  1216 Copenhagen K DENMARK

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)  14/2.08. B Ma..e

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865,** February 1997 *(Reverse)*

This message is not flagged. [ Flag Message - Mark as Unread ]          Printable View

**Subject:**  Service on A. P. Møller-Maersk Group

**Date:**  Thu, 6 Mar 2008 11:39:56 +0100

**From:**  "Justitsministeriet Departementet - Justitsministeriet Departementet" <jm@jm.dk>
🔲 Add Mobile Alert

**To:**  pico949@yahoo.com

## Dear Raimi Shoaga

**Referring to your e-mail dated 4 March 2008 I can inform you that the City Court of Copenhagen has served the documents on A. P. Møller-Maersk A/S on 29 February 2008 and returned the documents on 5 March 2008.**

**Yours Sincerely**

**Vivian Justesen**

 **Justitsministeriet**

**Vivian Justesen**
**Kontorleder**

**Tlf.:  7226 8523**
**Mail: vju@jm.dk**

**Slotsholmsgade 10**
**1216 København K**
**7226 8400**
www.justitsministeriet.dk
**jm@jm.dk**

### Attachments

Files:

  **smime.p7s** (2k)          Scan and Save to Computer

Photos:

Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾

This message is not flagged. [ Flag Message - Mark as Unread ]       Printable View

**From:**    "Uffe Bodeholt, UIP Consult ApS" <ub@uip-consult.dk>    📱 Add Mobile Alert

**To:**    pico949@yahoo.com

**Subject:** Summons

**Date:**    Wed, 20 Feb 2008 12:09:39 +0100

Dear Raimi Shoaga,

I have now looked into this matter.
The procedure is that the minister of Justice shal have a chance to approve teh summons.
After that they will have a representative from the court to serve the summons.

So I have to day delivered the materieal to Vivian Justesen, Minister of Justice.

As surgested in the telephone I will charge you only 2 hours fro ny part of the service whitch is DKK 1.600,- equal about to US$ 310,-
Please transfer by Western Union and inform me the code.

Kind regards
Uffe Bodeholt

**UIP Consult ApS Private Investigators**
Maagevej 29-31
DK-2400 Copenhagen NV

Tel.: (+45) 70 27 17 10
Mobile: (+45) 20 62 77 33
Fax.: (+45)70 27 17 25
Mail: ub@uip-consult.dk
Web: www.uip-consult.dk
Member of :
Association of Danish Detectives and Commercial Investigators (FDDE).
International Federation of Associations of Private Detectives (IKD).
World Associations of Detectives (W.A.D.).
World Association of Professional Investigators (WAPI).
Investigations World Wide Association (IWWA).

This mail has been scanned for virus before dispatch

Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾

Previous | Next | Back to Messages                    Save Message Text | Full Headers

om/ym/ShowLetter?MsgId=9100_0_1247_1548_1483_0_4746...    3/13/2008

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Attorney Bobby G. Riley
Kassinger + Hellman PLC
3773 Cherry Creek North
# 900
Denver, Colorado 80209

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0001 9627 7192

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

CT Corp System
818 W. Seventh St
Los Angeles
CA 90017

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0001 9627 7208

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mary Stuts   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Mary Stwss                       2/21/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

To Attorney John D. Kimmerlein
Keesal Young + Logan
1301 Fifth Ave
Seattle, WA 98101

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7007 3020 0002 0860 8630

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney William D. Devoe
Holmes, Weddle & Barcott
999 Third Ave. Suite 2600
Seattle, Washington 98104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Aidan Butler   2/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 3020 0002 0860 3383

PS Form 3811, February 2004   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Jerome Hughes
Brown Sims PC
1177 West Loop South
10th Floor
Houston, TX 77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X BROWN SIMS P.C.   ☐ Agent
1177 WEST LOOP SOUTH, TENTH FLOOR   ☐ Addressee
HOUSTON, TEXAS 77027

B. Received by (Printed Name)   C. Date of Delivery
2-29-08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0002 5962 5165

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Christopher
De Orchis + Partners LLP
61 Broadway #2600
NY NY 10006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SANTOS DE SESUA

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0002 5962 5172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Christopher Wenk
Covington & Burling
1201 Pennsylvania Ave NW
Washington DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
2 2 2 08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 3020 0002 0860 3406

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Dean T. Buckius
Van Deventer Black
World Trade Center
101 W. Main St
Norfolk Virginia

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Joseph Gary    2/2 5/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 3020 0002 0860 8647

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Erick Lenck
Fred Hill Hogan & Mahar
80 Pine St
NY NY 10005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Lisa Morales

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 3020 0002 0860 8609

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Attorney William D Dexter
Street, Apt No. or PO Box No. Holmes Weddle & Barcott
City, State, ZIP+4 999 Third Ave Seattle WA

7007 3020 0002 0860 3383

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Sent To: Attorney Christopher Henk
Street, Apt No. or PO Box No. Covington & Burling
City, State, ZIP+4 1201 Pennsylvania Ave NW

7007 3020 0002 0860 3406

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Attorney Erick Lenck
Street, Apt No. or PO Box No. Luce Hill, Hogan & Mahar
City, State, ZIP+4 80 Pine St NY NY

7007 3020 0002 0860 5409

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Att Dean T Buckius
Street, Apt No. or PO Box No. 101 W. Main St #500
City, State, ZIP+4 Norfolk, Virginia 23510

7007 3020 0002 0860 8647

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Attorney Christopher Mansury
Street, Apt No. or PO Box No. Hill Rivkins & Hayden LLP
City, State, ZIP+4 45 Broadway #2600 NY NY

7008 0150 0002 5965 5172

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Sent To: Attorney John D Kimmerlein
Street, Apt No. or PO Box No. Riddell Young & Logan
City, State, ZIP+4 Seattle WA 98101

7007 3020 0002 0860 8630

PS Form 3800, August 2006 — See Reverse for Instructions

OAKLAND, California
946159719
0555110020 -0098
02/04/2008    (800)275-8777    08:50:19 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| | | | $2.84 |

DENVER CO 80209 Zone-5
First-Class Large Env
12.70 oz.
Return Rcpt (Green Card)    $2.15
Certified    $2.65
Label #:    7007149000U:96277192
                        ========
                        $7.64

Issue PVI:

                        $2.84
LOS ANGELES CA 90017
Zone-4 First-Class
Large Env
12.40 oz.
Return Rcpt (Green Card)    $2.15
Certified    $2.65
Label #:    70071490000196277208
                        ========
                        $7.64

Issue PVI:

                        $1.65
MESQUITE TX 75180
ne-7 First-Class
arge Env
5.30 oz.
                        ========
                        $1.65

Issue PVI:

                        $4.60
MESQUITE TX 75180
Zone-7 Priority Mail
15.30 oz.
                        ========
                        $4.60

Issue PVI:

Denmark - First-Class    $10.40
Int'l
12.4  ?.
Ret.  Receipt    $2.15
Regis  red    $10.15
Insured Value :    $0.00
Article Value :    $0.00
Label #:    RE181184945US
                        ========
                        $22.70

Issue PVI:

Certificate    1    $1.05    $1.05
of Mailing
Denmark - First-Class    $12.00
Int'l
1 lb, 4.00 oz.
Return Receipt    $2.15
Registered    $10.15
Insured Value :    $0.00
Article Value :    $0.00
Label #:    RE181184959US
                        ========
                        $24.30

Issue PVI:

Nigeria - Express Mail    $42.00
Int'l
2 lb. 15.70 oz.
Label #:    EB995117338US
Customs Form #: CP404570998US
                        ========
                        $42.00

Issue PVI:

Total:    $111.58

Paid by:    $111.58
Cash

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************  ********
**********************************************
"LET US DARE TO READ, THINK,
SPEAK AND WRITE."
-JOHN  DAMS, 1765
www.powerofthel etter.com
**********************************************
**********************************************

Bill#: 1000201000246
Clerk: 43

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
    Thank you for your business.
**********************************************



Registered No.                                    Date Stamp

| Reg. Fee | | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |

Received by

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  KAIMI SHAGA
BOX 274
Oakland CA 94604
USA

TO  Nigerian Customs
PMB 26 ABUJI
Nigeria
W. AFRICA

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

Registered No.                                    Date Stamp

| Reg. Fee | $20.15 | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |

Received by

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  KAIMI SHAGA
BOX 274 OAKLAND
CALIF 94604
USA

TO  Attorney General & Minister of Justice
Federal Ministry

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

Registered No.                                    Date Stamp

| Reg. Fee | $10.15 | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |

Received by

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  KAIMI SHAGA
BOX 274
Oakland, CA 94604
USA

TO  Nigerian Ports Auth.
Apapa / Tin Can Island
PMB 1196
Apapa Lagos Nigeria

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

Registered No.                                    Date Stamp

| Reg. Fee | | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |

Received by

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  KAIMI SHAGA
BOX 274
Oakland USA
CA 94604

TO  Nigeria Bet Hill
Maersk Line 2931
Copenhagen N 2400
DENMARK

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



Registered No.                                          Date Stamp

**To Be Completed By Post Office**

Reg. Fee

Handling Charge | Return Receipt

Postage | Restricted Delivery

Received by

Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM

RAIMI SHOAGA
BOX 7274
OAKLAND, CA 94601
USA

TO

Danish Ministry of Justice
Justitsministeriet
Slotsholmsgade 10
1216 Copenhagen K DENMARK

PS Form 3806,    Receipt for Registered Mail
May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com

---

Registered No.                                          Date Stamp

**To Be Completed By Post Office**

Reg. Fee

Handling Charge | Return Receipt

Postage | Restricted Delivery

Received by

Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM

RAIMI SHOAGA
BOX 7274 OAKLAND
CALIF 94601 USA

TO

A P Moller - Maersk a/s
Esplanaden 50
1098 Copenhagen K
DENMARK

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                      (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 1490 0001 9627 7208

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required) | Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Sent To
CT Corp
Street, Apt. No.; or PO Box No. 818 W Seventh St
City, State, ZIP+4 CA 90017

PS Form 3800, August 2006                 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 1490 0001 9627 7192

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required) | Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Sent To
Attorney Boby Riley
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006                 See Reverse for Instructions

```
        OAKLAND MPO
      OAKLAND, California
         946159719
      0555110020 -0097
02/25 2  8   (800)275-8777      03:51:55 PM

━━━━━━━━━━━
              Sales Receipt  ━━━━━━━━━
Pro uc [         Sale  Unit      Final
Description        Qty  Price     Price

SEATTLE WA 98122 Zone-5          $1.65
First-Class Large Env
 5.40 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70080150000259625196
                              ========
 Issue PVI:                      $6.45

NEW YORK NY 10006                $2.50
Zone-8 First-Class
Large Env
10.80 oz.
 Return Rcpt (Green C.           $2.15
 Certified                       $2.65
 Label #:      70080150000259625172
                              ========
 Issue PVI:                      $7.30

Nigeria - First-Class          $20.25
Int'l
2 lb. 11.20 oz.
 Registered                     $10.15
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:      RE181185353US
 Customs Form #: LC253207033US
                              ========
 Issue PVI:                     $30.40

HOUSTON TX 77027 Zone-7          $1.82
First-Class Large Env
 6.30 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70080150000259625165
                              ========
 Issue PVI:                      $6.62

                              ━━━━━━━━━
Total:                          $50.77

Paid by:
Cash                            $60.00
Change Due:                     -$9.23

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000301490354
Clerk: 20

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
        HELP US SERVE YOU BETTER

   Go to: h  p:/ gx.gallup.com/ s

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
xx xxxxxxxxxxxxx  xxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxF xxxxxxxxxxxxxxxxxxxxxxxxx
```

```
WASHINGTON DC 20004              $2.50
Zone-8 First-Class
Large Env
10.70 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70073020000208603406
 Customer Postage               -$0.80
                              ========
 Issue PVI:                      $6.50

SEATTLE WA 98104 Zone-5          $2.50
First-Class Large Env
10.70 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70073020000208603383
 Customer Postage               -$0.78
                              ========
 Issue PVI:                      $6.52

NEW YORK NY 10005                $2.50
Zone-8 First-Class
Large Env
10.60 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70073020000208608603
 Customer Postage               -$0.78
                              ========
 Issue PVI:                      $6.52

NORFOLK VA 23510 Zone-8          $2.50
First-Class Large Env
10.70 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70073020000208608647
 Customer Postage               -$0.39
                              ========
 Issue PVI:                      $6.91

SEATTLE WA 98101 Zone-5          $2.50
First-Class Large Env
10.80 oz.
 Return Rcpt (Green Card)        $2.15
 Certified                       $2.65
 Label #:      70073020000208608630
 Customer Postage               -$0.39
                              ========
 Issue PVI:                      $6.91

                              ━━━━━━━━━
Total:                          $46.08

Paid by:
Cash                            $46.08

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
xxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
 xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
      "LET US DARE TO READ, THINK,
          SPEAK AND WRITE."
           -JOHN ADAMS, 1765
         www.poweroftheletter.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Bill#: 1000301483896
Clerk: 20

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

Customer Copy

```
              FRUITVALE STATION
              OAKLAND, California
                 946013023
              0555110016 -0098
02/05/2008    (510)251-3352      05:14:54 PM
```

```
                 Sales Receipt
Product          Sale  Unit      Final
Description       Qty  Price     Price
```

```
Nigeria - First-Class             $8.65
Int'l
  8.30 oz.
  Return Receipt                  $2.15
  Registered                     $10.15
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:       RA401648472US
                              ========
Issue PVI:                       $20.95
```

```
Nigeria - First-Class             $8.65
Int'l
  8.20 oz.
  Return Receipt                  $2.15
  Registered                     $10.15
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:       RA401648486US
                              ========
Issue PVI:                       $20.95
```

```
WINSTON SALEM NC 27116            $1.31
Zone-8 First-Class
Large Env
  3.70 oz.
                              ========
Issue PVI:                       $1.31
```

```
Nigeria - First-Class             $8.65
Int'l
  8.30 oz.
  Return Receipt                  $2.15
  Registered                     $10.15
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:       RA401648490US
                              ========
Issue PVI:                       $20.95
```

```
Denmark - First-Class            $10.40
Int'l
  14.00 oz.
  Return Receipt                  $2.15
  Registered                     $10.15
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:       RA401648509US
                              ========
Issue PVI:                       $22.70
```

```
Total:                           $86.86
```

```
Paid by:
Debit Card                       $86.86
  Account #:      XXXX''' XXXXX2104
  Approval #:     260537
  Transaction #:  117
  23 903350601
  Receipt#:       003817
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

```
*********************************
    "LET US DARE TO READ, THINK,
     SPEAK AND WRITE."
      -JOHN ADAMS, 1765
     www.poweroftheletter.com
*********************************
*********************************
```

```
Bill#: 1000203057624
Clerk: 12
```

All sales final on stamps and postage.
Refunds for guaranteed services only
Thank you for your business.

```
*********************************
*********************************
```

HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

```
*********************************
*********************************
```

Customer Copy



EB 995117338 US



**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | AM / PM | Employee Signature |
|---|---|---|---|
| Mo. ___ Day ___ | | | |
| Delivery Attempt | Time | AM / PM | Employee Signature |
| Mo. ___ Day ___ | | | |
| **Delivery Date** | Time | AM / PM | Employee Signature |
| Mo. ___ Day ___ | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend   ☐ Holiday   Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month ___ Day ___ | $ |
| Mo. ___ Day ___ Year ___ | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM | ☐ Noon ☐ 3 PM | $ | $ |
| ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| ___ lbs. ___ ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)   PHONE (

KAUAI SADNGA

OAKLAND CA

**TO:** (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call **1-800-222-1811**

**EMS**

