**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **05/12/2008**

**C08-0786 BZ**

**Raimi Shoaga v. A.P. Moller-Maersk Group, et al.**

Attorneys: Pltf: Raimi Shoaga (pro per)
　　　　　　Def: Not Present

　　　　　　　　　　　　　　　　　　　　　　Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**　　　　Reporter: **FTR 4:04-4:10**

**PROCEEDINGS:**　　　　　　　　　　　　　　**RULING:**

1. Case Management Conference　　　　　　　Matter Held
2. _____　_____

( ) Status Conference　　( ) P/T Conference　　( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff will seek Entry of Default by the Clerk this week.

( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____　for _____

Discovery Cut-Off _____　Expert Discovery Cut-Off _____

Plntf to Name Experts by _____　Deft to Name Experts by _____

P/T Conference Date _____　Trial Date _____　Set for _____ days
　　　　　　　　　　　Type of Trial: ( )Jury　( )Court
Notes: _____