```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN COX, CASB NO. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation, Suite 1500
 4  Four Embarcadero Center
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Defendants
 7  MAERSK, INC. and MAERSK LINE LIMITED
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA, | Case No. C08-00786 |
| Plaintiff, | |
| vs. | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| A.P. MOLLER – MAERSK GROUP aka A.P. Moller – Maersk a/s aka Danish A.P. MOLLER-MAERSK GRUPPEN aka FIRMET A.P. MOLLER, MAERSK, INC., MAERSK LINES, LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA, | Date: July 2, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom G., 15th Floor, Magistrate Judge Bernard Zimmerman |
| Defendants. | |

Defendants MAERSK, INC., and MAERSK LINES, LTD., by and through their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following and documents, attached as Exhibits to the concurrently filed Declaration of John Cox, from this Court's own files:

1. Case Number C05-02213-SBA, *Raimi Shoaga v. Bolsada, et al.*, Docket (hereinafter "Docket") Number 1, Complaint filed June 1, 2005.

2. Docket Number 21, Amended Complaint filed October 14, 2005.

3. Docket Number 52, Order by Hon. Saundra Brown Armstrong dated January 24, 2006.

4. Docket Number 54, Second Amended Complaint filed February 16, 2006.

5. Docket Number 73, Order by Hon. Saundra Brown Armstrong dated April 26, 2006.

6. Docket Number 95, Third Amended Complaint filed July 27, 2006.

7. Docket Number 120, Order by Hon. Saundra Brown Armstrong dated November 7, 2006.

8. Printout of Civil Docket #: 4:05-cv-02213-SBA.

9. Docket Number 123, Order by Hon. Saundra Brown Armstrong dated December 11, 2006.

10. Docket Number 124, Notice of Appeal filed by Plaintiff Raimi Shoaga January 11, 2007.

11. Docket Number 69, Order by Hon. Saundra Brown Armstrong dated April 13, 2006.

12. In case number C08-00786, *Raimi Shoaga v. A.P. Moller-Maersk Group, et al.* Docket Number 1, Complaint filed February 8, 2008.

13. United States Court of Appeals for the Ninth Circuit General Docket from Appellate Case Number 07-15073.

14. All of this Court's files in case numbers C08-00786-BZ and C05-02213-SBA.

DATED: May 15, 2008

John D. Giffin
John Cox
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MAERSK INC. and MAERSK LINE LIMITED