```
1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendants
7  MAERSK, INC. and MAERSK LINE LIMITED
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12 RAIMI SHOAGA,                    )  Case No. C08-00786 BZ
                                    )
13                    Plaintiff,    )  PROOF OF SERVICE
                                    )
14    vs.                           )
                                    )
15 A.P. MOLLER – MAERSK GROUP aka A.P. )
   Moller – Maersk a/s aka Danish A.P. MOLLER- )
16 MAERSK GRUPPEN aka FIRMET A.P.   )
   MOLLER, MAERSK, INC., MAERSK LINES, )
17 LTD.; MAERSK NIGERIA, LTD., aka  )
   MAERSK, aka MAERSK SEALAND; A.P. )
18 MOLLER NIGERIA, LTD.; BLOSADA;   )
   NIGERIAN PORT AUTHORITY; NIGERIAN )
19 CUSTOMS AUTHORITY; ATTORNEY      )
   GENERAL OF THE FEDERAL REPUBLIC OF )
20 NIGERIA,                         )
                                    )
21                    Defendants.   )
                                    )
22                                  )
23
24                    Please see attached.
25
26
27
28
```

PROOF OF SERVICE– Case No. C05-02213

KYL_SF462418

# PROOF OF SERVICE

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 BZ

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On the date indicated below, I served the foregoing documents described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS DUPLICATIVE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;**

2. **DECLARATION OF JOHN COX IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S DUPLICATIVE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;**

3. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE;**

4. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; and**

5. **PROOF OF SERVICE**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Raimi Shoaga**
**P.O. Box 7274**
**Oakland, CA 94601**

☒ **BY MAIL:** I deposited such envelope(s) in the mail at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2008 at San Francisco, California.

_____
K'Ann M. Klein

KYL_SF462418

PROOF OF SERVICE– Case No. C05-02213