# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Raimi Shoaga,

    Plaintiff(s).

    v.

A.P. Moeller-Maersk Group, et al.,

    Defendant(s).

_____/

No. C08-0786 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    Defendant's Motion to Dismiss set for **July 2, 2008** at **10:00 a.m.** is hereby **VACATED**.

Dated: May 16, 2008

    Richard W. Wieking, Clerk
    United States District Court

    *Lashanda Scott*
    _____
    By: Lashanda Scott - Deputy Clerk to
    Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,

        Plaintiff,

v.

A.P. MOLLER-MAERSK GROUP et al,

        Defendant.

Case Number: CV08-00786 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

Dated: May 16, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk