1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendants
7  MAERSK, INC. and MAERSK LINE LIMITED

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | RAIMI SHOAGA,                               ) Case No. C08-00786 PJH
13 |                                             )
   |            Plaintiff,                       )
14 |                                             )
   |     vs.                                     ) **DEFENDANTS' REQUEST FOR**
15 |                                             ) **JUDICIAL NOTICE**
   | A.P. MOLLER – MAERSK GROUP aka              )
16 | A.P. Moller – Maersk a/s aka Danish A.P.    ) Date: July 9, 2008
   | MOLLER-MAERSK GRUPPEN aka                   ) Time: 9:00 a.m.
17 | FIRMET A.P. MOLLER, MAERSK, INC.,           ) Dept: Courtroom 3, 17th Floor, United
   | MAERSK LINES, LTD.; MAERSK                  ) States District Judge Phyllis J. Hamilton
18 | NIGERIA, LTD., aka MAERSK, aka              )
   | MAERSK SEALAND; A.P. MOLLER                 )
19 | NIGERIA, LTD.; BLOSADA; NIGERIAN            )
   | PORT AUTHORITY; NIGERIAN                    )
20 | CUSTOMS AUTHORITY; ATTORNEY                 )
   | GENERAL OF THE FEDERAL                      )
21 | REPUBLIC OF NIGERIA,                        )
   |                                             )
22 |            Defendants.                      )
   |_____)

23

24        Defendants MAERSK, INC., and MAERSK LINES, LTD., by and through

25 their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule

26 of Evidence 201 of the following and documents, attached as Exhibits to the concurrently

27 filed Declaration of John Cox, from this Court's own files:

28

1. Case Number C05-02213-SBA, *Raimi Shoaga v. Bolsada, et al.*, Docket (hereinafter "Docket") Number 1, Complaint filed June 1, 2005.

2. Docket Number 21, Amended Complaint filed October 14, 2005.

3. Docket Number 52, Order by Hon. Saundra Brown Armstrong dated January 24, 2006.

4. Docket Number 54, Second Amended Complaint filed February 16, 2006.

5. Docket Number 73, Order by Hon. Saundra Brown Armstrong dated April 26, 2006.

6. Docket Number 95, Third Amended Complaint filed July 27, 2006.

7. Docket Number 120, Order by Hon. Saundra Brown Armstrong dated November 7, 2006.

8. Printout of Civil Docket #: 4:05-cv-02213-SBA.

9. Docket Number 123, Order by Hon. Saundra Brown Armstrong dated December 11, 2006.

10. Docket Number 124, Notice of Appeal filed by Plaintiff Raimi Shoaga January 11, 2007.

11. Docket Number 69, Order by Hon. Saundra Brown Armstrong dated April 13, 2006.

12. In case number C08-00786, *Raimi Shoaga v. A.P. Moller-Maersk Group, et al.* Docket Number 1, Complaint filed February 8, 2008.

13. United States Court of Appeals for the Ninth Circuit General Docket from Appellate Case Number 07-15073.

14. All of this Court's files in case numbers C08-00786-BZ and C05-02213-SBA.

DATED: May 27, 2008

John D. Giffin
John Cox
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MAERSK INC. and MAERSK LINE LIMITED