1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:   (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendants
7  MAERSK, INC. and MAERSK LINE LIMITED

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| RAIMI SHOAGA, | Case No. C08-00786 PJH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS MAERSK, INC. AND MAERSK LINE LIMITED'S MOTION TO DISMISS DUPLICATIVE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |
| vs. | |
| A.P. MOLLER – MAERSK GROUP aka A.P. Moller – Maersk a/s aka Danish A.P. MOLLER-MAERSK GRUPPEN aka FIRMET A.P. MOLLER, MAERSK, INC., MAERSK LINES, LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA, | [FRCP 12(B)(1)] [FRCP 12(B)(6)] Date: July 9, 2008 Time: 9:00 a.m. Dept: Courtroom 3, 17th Floor, United States District Judge Phyllis J. Hamilton |
| Defendants. | |

Having considered Defendants MAERSK, INC. and MAERSK LINE LIMITED's Motion to Dismiss Duplicative Complaint for Lack of Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted (the "Motion to Dismiss") the Court now ORDERS:

- 1 -    KYL_SF462732

1 | Defendants MAERSK, INC. and MAERSK LINE LIMITED's Motion to
2 | Dismiss is granted.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | DATED: _____          _____
7 |                                 The Honorable United States District Judge
                                    Phyllis J. Hamilton

[PROPOSED] ORDER GRANTING DEFENDANTS MAERSK, INC. AND MAERSK LINE LIMITED'S MOTION TO DISMISS DUPLICATIVE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED – CASE NO. C08-00786 PJH