LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON
ELIZABETH P. BEAZLEY

JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE°
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG
DENA L. MURPHY
ESTHER E. CHO
MAURICIO J. RAULD
JULIE A. KOLE

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK

RICHARD L. LANDES
SANDOR X. MAYUGA
DAVID W. TAYLOR±

SUITE 1500
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
(415) 398-6000
FACSIMILE:
(415) 981-0136 • (415) 981-7729
www.kyl.com

May 27, 2008

GLEN R. PIPER
DARRELL C. MARTIN
DAVID D. PIPER
THEODORE H. ADKINSON
CATHARINE M. MORISSET†
CHRISTOPHER A. STECHER
DIANA J. COBURN
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
SCOTT E. RAHN
MELANIE L. RONEN
BENJAMIN W. WHITE
JOANNA N. JAGODA
TAMARA LaSANCE FISHBACH

ELIZABETH A. LOGAN
BENTLEY P. STANSBURY III
CARY D. SULLIVAN
KIM ALEXANDER
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN†
EVELYN A. CHRISTENSEN
MARGARET A. BUCKLEY
ASHLEY YOUNG ADAMS
GARRETT R. WYNNE
JOHN L. BABALA
JASON R. LINDSAY
JOHN COX

*    ADMITTED IN ALASKA
†    ADMITTED IN WASHINGTON
‡    ADMITTED IN WASHINGTON & CALIFORNIA
§    ADMITTED IN ALASKA & CALIFORNIA
+    ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
°    REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
     OF HONG KONG & ADMITTED IN NEW YORK
±    SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
     IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

The Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**_Via Electronic Filing_**
**_and Hand Delivery_**

   Re: *Shoaga v. Maersk, Inc. et al.*
     U.S. District Court, Northern District Case No. C08-00786 PJH
     Our File No.: 2379-659

Dear Judge Hamilton:

  We represent Defendants Maersk, Inc. and Maersk Lines Limited ("Defendants") in the above-referenced matter. Please be advised that Defendants wish to formally withdraw their previously filed Motion to Dismiss Duplicative Complaint for Lack of Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted filed on May 15, 2008 and set for hearing on July 2, 2008 before Judge Zimmerman. Since this case has been reassigned to your department, the Motion has now been re-filed with a new hearing date and time of July 9, 2008 at 9:00 a.m. before Your Honor. Thank you.

                Very truly yours,

                John Cox

JCC/kkKYL_SF462737

cc: Raimi Shoaga (via U.S. Mail)

LONG BEACH OFFICE
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189