RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601
(510) 395-3926

In Pro Se

RECEIVED
08 JUN 18 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
    Defendants
_____/

Case No: C08-00786 PJH

**REQUEST TO ENTER DEFAULT**

TO THE CLERK OF THE UNITED STATES DIOSTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

    You will please enter the default of the defendant Nigerian Port Authority for failure

1.

to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Raimi Shoaga hereto attached.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

AND NOW, THIS _____ DAY OF _____, 2008, pursuant to request to enter default and affidavits filed, default is hereby entered against the defendant for failure to plead or otherwise defend.

_____
Clerk-United States District Court

2.