1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
   (510) 395-3926
3
4  In Pro Se

**FILED**

08 JUN 18 PM 2: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
        Plaintiff

    v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
        Defendants
_____/

Case No: C08-00786 BZ   PJH

**AFFIDAVIT FOR ENTRY OF DEFAULT**

    Raimi Shoaga, being duly sworn, says that he is the Plaintiff In Pro Se in the above-

entitled action; that the complaint and summons in this action were served on the

defendant Nigerian Port Authority on April 15, 2008; that service was made on

1.

1 _April 15th, 2008_ ; that the time within which the defendant may answer or
2 otherwise move as to the complaint has expired; that the defendant has not answered or
3 otherwise moved and that the time for the defendant to answer or otherwise move has not
4
5 been extended.
6
7                                    _/s/ Shoaga_
                                     RAIMI SHOAGA-Plaintiff In Pro Se
8
9
10
...
28                                    2.