```
1   RAIMI SHOAGA
    P.O. Box 7274
2   Oakland, California 94601
3   (510) 395-3926

4   In Pro Se
```

ORIGINAL FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
        Plaintiff

Case No: C08-00786 BZ PJH

v.

**REQUEST FOR DEFAULT JUDGMENT**

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
        Defendants
_____/

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

    Upon the affidavit attached hereto, you will please enter judgment by default against

1.

1  Nigerian Port Authority, the defendant in the above-entitled action for $500,000.00, plus
2  costs.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.