```
 1  RAIMI SHOAGA
    P.O. Box 7274
 2  Oakland, California 94601
 3  (510) 395-3926

 4  In Pro Se
```

**FILED**

08 JUN 18 PM 2: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
   Plaintiff

v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
   Defendants
_____/

Case No: C08-00786 BZ

**AFFIDAVIT FOR DEFAULT JUDGMENT**

  Raimi Shoaga, being duly sworn says that he is the Plaintiff In Pro Se in the above-entitled action; that the amount due to the plaintiff from the defendant Nigerian Port Authority is $500,000.00, plus costs; and that the defendant is not an infant or

1.

1  incompetent person; that the default of the defendant has been entered for failure to
2  appear in the action; that the amount shown is justly due and owing and that no part
3  thereof has been paid; and that the defendant is not in the military service of the United
4
5  States.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.