1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  RAIMI SHOAGA,
                     Plaintiff              Case No: C08-00786 ___

13

14          v.                              **JUDGMENT**

15  A.P. MOLLER-MAERSK GROUP,
    aka A.P. MOLLER-MAERSK A/S, aka
16  DANISH A.P. MOLLER-MAERSK
    GRUPPEN aka FIRMAET A.P.
17  MOLLER MAERSK; MAERSK LINES,
    INC., MAERSK LINES LTD.; MAERSK
18  NIGERIA, LTD., aka MAERSK, aka
19  MAERSK SEALAND; A.P. MOLLER
    NIGERIA, LTD.; BLOSADA; NIGER-
20  IAN PORT AUTHORITY; NIGERIAN
    CUSTOMS AUTHORITY; ATTOR-
21  NEY GENERAL OF THE FEDERAL
    REPUBLIC OF NIGERIA,
22
23                   Defendants
                                      /
24

25      The defendant Nigerian Port Authority, having failed to plead or otherwise defend in

26  this action, and default having been entered,

27  NOW, upon application of the plaintiff and upon affidavit that the defendant is indebted

28                                  1.

1  to the plaintiff in the sum of $ 500,000.00, that the defendant is not an infant or

2  incompetent person and not in the military service of the United States, it is hereby,

3  ORDERED, ADJUDGED AND DECREED, that the plaintiff recover of the defendant

4

5  the sum of $ 500,000.00 plus costs of this suit.

6

7  _____

   CLERK-United States District Court

8

   Dated: _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2.