1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

**FILED**

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>    Plaintiff | Case No: C 08-00786 |
| v. | **REQUEST TO ENTER DEFAULT** |
| A.P. MOLLER-MAERSK GROUP,<br>aka A.P. MOLLER-MAERSK A/S, aka<br>DANISH A.P. MOLLER-MAERSK<br>GRUPPEN aka FIRMAET A.P.<br>MOLLER MAERSK; MAERSK LINES,<br>INC., MAERSK LINES LTD.; MAERSK<br>NIGERIA, LTD., aka MAERSK, aka<br>MAERSK SEALAND; A.P. MOLLER<br>NIGERIA, LTD.; BLOSADA; NIGER-<br>IAN PORT AUTHORITY; NIGERIAN<br>CUSTOMS AUTHORITY; ATTOR-<br>NEY GENERAL OF THE FEDERAL<br>REPUBLIC OF NIGERIA,<br>    Defendants | |

TO THE CLERK OF THE UNITED STATES DIOSTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

You will please enter the default of the defendant Nigerian Customs Authority for

1.

1  failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure
2  as appears from the affidavit of Raimi Shoaga hereto attached.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

   AND NOW, THIS _____ DAY OF _____, 2008, pursuant to request to enter default and affidavits filed, default is hereby entered against the defendant for failure to plead or otherwise defend.

_____
Clerk-United States District Court

2.