```
                                              FILED
1  RAIMI SHOAGA
   P.O. Box 7274                              08 JUN 18 PM 2: 05
2  Oakland, California 94601
                                              RICHARD W. WIEKING
3  (510) 395-3926                             CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
4  In Pro Se
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
        Plaintiff

Case No: C08-00786 PJH BZ

v.

**AFFIDAVIT FOR ENTRY OF DEFAULT**

A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,
        Defendants
_____/

    Raimi Shoaga, being duly sworn, says that he is the Plaintiff In Pro Se in the above-entitled action; that the complaint and summons in this action were served on the defendant Nigerian Customs Authority on April 15, 2008; that service was made on

1.

1  __April 15th, 2008__ ; that the time within which the defendant may answer or
2  otherwise move as to the complaint has expired; that the defendant has not answered or
3  otherwise moved and that the time for the defendant to answer or otherwise move has not
4  
5  been extended.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.