```
1   RAIMI SHOAGA
    P.O. Box 7274
2   Oakland, California 94601
3   (510) 395-3926

4   In Pro Se
```

                    FILED
                08 JUN 18 PM 2:04
                RICHARD W. WIEKING
                CLERK, U.S. DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
        Plaintiff

Case No: C08-00786 RJH

v.

**REQUEST FOR DEFAULT JUDGMENT**

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
        Defendants
_____/

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

    Upon the affidavit attached hereto, you will please enter judgment by default against

1.

1 | Nigerian Customs Authority, the defendant in the above-entitled action for $500,000.00,
2 | plus costs.
3
4 | _____
5 | RAIMI SHOAGA-Plaintiff In Pro Se
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.