1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

FILED

08 JUN 18 PM 2: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PJH

RAIMI SHOAGA,
        Plaintiff

Case No: C08-00786

v.

**AFFIDAVIT FOR DEFAULT JUDGMENT**

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
        Defendants
_____/

Raimi Shoaga, being duly sworn says that he is the Plaintiff In Pro Se in the above-entitled action; that the amount due to the plaintiff from the defendant Nigerian Customs Authority is $500,000.00, plus costs; and that the defendant is not an infant or

1.

incompetent person; that the default of the defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing and that no part thereof has been paid; and that the defendant is not in the military service of the United States.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.