1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

          IN THE UNITED STATES DISTRICT COURT FOR THE

                NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
         Plaintiff              Case No: C08-00786 BZ

     v.                               **JUDGMENT**

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
         Defendants
_____/

   The defendant Nigerian Customs Authority, having failed to plead or otherwise defend in this action, and default having been entered,

   NOW, upon application of the plaintiff and upon affidavit that the defendant is indebted

1.

1 to the plaintiff in the sum of $ 500,000.00, that the defendant is not an infant or
2 incompetent person and not in the military service of the United States, it is hereby,
3
4 ORDERED, ADJUDGED AND DECREED, that the plaintiff recover of the defendant
5 the sum of $ 500,000.00 plus costs of this suit.
6
7 _____
CLERK-United States District Court
8
9 Dated: _____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.