**PROOF OF SERVICE**

PJH

Case No. C08-00786 BZ

FILED
08 JUN 18 PM 2:02
U.S. District Court,
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Alameda, State of California. I am over the age of 18 and my business address is: 5021 Starmine Way, Antioch, Calif 94531

On 6/18/08, I served the foregoing documents described as:
1. AFFIDAVIT FOR ENTRY OF DEFAULT
2. AFFIDAVIT FOR DEFAULT JUDGMENT
3. REQUEST TO ENTER DEFAULT
4. REQUEST FOR DEFAULT JUDGMENT
5. JUDGMENT

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Nigerian Port Authority
RoRo Tin Can Island
Apapa, Lagos, Nigeria
West-Africa

Nigerian Customs
Abidjan St. Off
Sultan Abubakar
Zone 3, Wuse, PMB 26
Abuja, Nigeria

X  BY EXPRESS MAIL: I deposited such envelope(s) in the mail at Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

___ BY UNITED STATES POSTAL SERVICE EXPRESS MAIL: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____, California.

___ BY UNITED STATES POSTAL SERVICE REGISTERED AIR MAIL/RETURN RECEIPT: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____, California.

___ BY FACSIMILE: I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the facsimile telephone number exhibited therewith. The Facsimile machine I used complied with California Rules of court, Rule 2003 and the transmission was reported as complete and without error. Pursuant to California Rules of Court, Rule 2006(d). I caused the machine to print a transmission record of the transmission and the transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 6/18/08 at _____, California.

Gabriel Abigor
Declarant