1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

RECEIVED
08 JUN 18 PM 2: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PJH

| | |
|---|---|
| RAIMI SHOAGA, <br> Plaintiff | Case No: C08-00786 |
| v. | **REQUEST TO ENTER DEFAULT** |
| A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA, <br> Defendants | |

TO THE CLERK OF THE UNITED STATES DIOSTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

You will please enter the default of the defendant Attorney General of the Federal

1.

1 | Republic of Nigeria for failure to plead or otherwise defend as provided by the Federal
2 | Rules of Civil Procedure as appears from the affidavit of Raimi Shoaga hereto attached.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

AND NOW, THIS _____ DAY OF _____, 2008, pursuant to request to enter default and affidavits filed, default is hereby entered against the defendant for failure to plead or otherwise defend.

_____
Clerk-United States District Court

2.