FILED
08 JUN 18 PM 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  RAIMI SHOAGA
2  P.O. Box 7274
   Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

12 RAIMI SHOAGA,                          Case No: C08-00786 PJH BZ
            Plaintiff

13     v.                                 **AFFIDAVIT FOR ENTRY OF**
14                                        **DEFAULT**
15 A.P. MOLLER-MAERSK GROUP,
   aka A.P. MOLLER-MAERSK A/S, aka
16 DANISH A.P. MOLLER-MAERSK
   GRUPPEN aka FIRMAET A.P.
17 MOLLER MAERSK; MAERSK LINES,
18 INC., MAERSK LINES LTD.; MAERSK
   NIGERIA, LTD., aka MAERSK, aka
19 MAERSK SEALAND; A.P. MOLLER
20 NIGERIA, LTD.; BLOSADA; NIGER-
   IAN PORT AUTHORITY; NIGERIAN
21 CUSTOMS AUTHORITY; ATTOR-
22 NEY GENERAL OF THE FEDERAL
   REPUBLIC OF NIGERIA,
23          Defendants
                                      /
24

25    Raimi Shoaga, being duly sworn, says that he is the Plaintiff In Pro Se in the above-

26 entitled action; that the complaint and summons in this action were served on the

27 defendant Attorney General of the Republic of Nigeria on 4/15/08; that service was
28                                        1.

made on ____4/15/08____ ; that the time within which the defendant may answer or otherwise move as to the complaint has expired; that the defendant has not answered or otherwise moved and that the time for the defendant to answer or otherwise move has not been extended.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.