```
1   RAIMI SHOAGA
    P.O. Box 7274
2   Oakland, California 94601
    (510) 395-3926
3
4   In Pro Se
```

FILED

08 JUN 18 PM 2:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,
    Defendants
_____/

Case No: C08-00786 PJH

**REQUEST FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

    Upon the affidavit attached hereto, you will please enter judgment by default against

1.

1  Attorney General of the Republic of Nigeria, the defendant in the above-entitled action
2  for $1.00, plus costs.
3
4  _____
5  RAIMI SHOAGA-Plaintiff In Pro Se
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2.