```
                                              FILED
1  RAIMI SHOAGA                             08 JUN 18 PM 2:04
   P.O. Box 7274
2  Oakland, California 94601                RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
3  (510) 395-3926                           NORTHERN DISTRICT OF CALIFORNIA

4  In Pro Se
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>　　　　Plaintiff | Case No: C08-00786 PJH |
| v. | **AFFIDAVIT FOR DEFAULT JUDGMENT** |
| A.P. MOLLER-MAERSK GROUP,<br>aka A.P. MOLLER-MAERSK A/S, aka<br>DANISH A.P. MOLLER-MAERSK<br>GRUPPEN aka FIRMAET A.P.<br>MOLLER MAERSK; MAERSK LINES,<br>INC., MAERSK LINES LTD.; MAERSK<br>NIGERIA, LTD., aka MAERSK, aka<br>MAERSK SEALAND; A.P. MOLLER<br>NIGERIA, LTD.; BLOSADA; NIGER-<br>IAN PORT AUTHORITY; NIGERIAN<br>CUSTOMS AUTHORITY; ATTOR-<br>NEY GENERAL OF THE FEDERAL<br>REPUBLIC OF NIGERIA,<br>　　　　Defendants | |

　　Raimi Shoaga, being duly sworn says that he is the Plaintiff In Pro Se in the above-entitled action; that the amount due to the plaintiff from the defendant Attorney General of the Republic of Nigeria $1.00, plus costs; and that the defendant is not an infant or

1.

1  incompetent person; that the default of the defendant has been entered for failure to
2  appear in the action; that the amount shown is justly due and owing and that no part
3  thereof has been paid; and that the defendant is not in the military service of the United
4
5  States.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.