1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

RECEIVED
08 JUN 18 PM 2: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>         Plaintiff | Case No: C08-00786 BZ   RJH |
| v. | **JUDGMENT** |
| A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,<br>         Defendants | |

The defendant Attorney General of the Republic of Nigeria, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the plaintiff and upon affidavit that the defendant is indebted

1.

1 to the plaintiff in the sum of $ 1.00, that the defendant is not an infant or incompetent
2 person and not in the military service of the United States, it is hereby,
3 ORDERED, ADJUDGED AND DECREED, that the plaintiff recover of the defendant
4
5 the sum of $ 1.00 plus costs of this suit.
6
7 _____
   CLERK-United States District Court
8
   Dated: _____
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28