```
1   RAIMI SHOAGA
    P.O. Box 7274
2   Oakland, California 94601
3   (510) 395-3926

4   In Pro Se
```

RECEIVED
08 JUN 18 PM 2: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

PJH

| | |
|---|---|
| RAIMI SHOAGA,<br>　　　　Plaintiff<br><br>　　　v.<br><br>A.P. MOLLER-MAERSK GROUP,<br>aka A.P. MOLLER-MAERSK A/S, aka<br>DANISH A.P. MOLLER-MAERSK<br>GRUPPEN aka FIRMAET A.P.<br>MOLLER MAERSK; MAERSK LINES,<br>INC., MAERSK LINES LTD.; MAERSK<br>NIGERIA, LTD., aka MAERSK, aka<br>MAERSK SEALAND; A.P. MOLLER<br>NIGERIA, LTD.; BLOSADA; NIGER-<br>IAN PORT AUTHORITY; NIGERIAN<br>CUSTOMS AUTHORITY; ATTOR-<br>NEY GENERAL OF THE FEDERAL<br>REPUBLIC OF NIGERIA,<br>　　　　Defendants<br>_____/ | Case No: C08-00786<br><br>**REQUEST TO ENTER DEFAULT** |

TO THE CLERK OF THE UNITED STATES DIOSTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

　　You will please enter the default of the defendant Maersk Nigeria, Ltd., aka Maersk,

1.

1  aka Maersk Sealand, A.P. Moller Nigeria, Ltd. for failure to plead or otherwise defend as

2  provided by the Federal Rules of Civil Procedure as appears from the affidavit of Raimi

3  Shoaga hereto attached.

4

5  _____

6  RAIMI SHOAGA-Plaintiff In Pro Se

7

8      AND NOW, THIS _____ DAY OF _____, 2008, pursuant to request to

9  enter default and affidavits filed, default is hereby entered against the defendant for

10  failure to plead or otherwise defend.

11

12  _____

    Clerk-United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.