RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601
(510) 395-3926

In Pro Se

FILED
08 JUN 18 PM 2: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,
    Defendants
_____/

Case No: C08-00786 PJH

**AFFIDAVIT FOR ENTRY OF DEFAULT**

Raimi Shoaga, being duly sworn, says that he is the Plaintiff In Pro Se in the above-entitled action; that the complaint and summons in this action were served on the defendant Maersk Nigeria, Ltd., aka Maersk, aka Maersk Sealand, A.P. Moller Nigeria,

1.

1  Ltd. on April 7, 2008; that service was made on April 7th, 2008; that the time
2  within which the defendant may answer or otherwise move as to the complaint has
3  expired; that the defendant has not answered or otherwise moved and that the time for the
4
5  defendant to answer or otherwise move has not been extended.

           _____
           RAIMI SHOAGA-Plaintiff In Pro Se

2.