| | |
|---|---|
| 1<br>2<br>3 | RAIMI SHOAGA<br>P.O. Box 7274<br>Oakland, California 94601<br>(510) 395-3926 |
| 4 | In Pro Se |

FILED

08 JUN 18 PM 2: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
        Plaintiff

    v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
        Defendants
                           /

Case No: C 08-00786 PJH

**REQUEST FOR DEFAULT JUDG-MENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

    Upon the affidavit attached hereto, you will please enter judgment by default against

1.

1  Maersk Nigeria, Ltd., aka Maersk, aka Maersk Sealand, A.P. Moller Nigeria, Ltd., the
2  defendant in the above-entitled action for $1,000,000.00, plus costs.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.