RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601
(510) 395-3926

In Pro Se

FILED
08 JUN 18 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
    Defendants
_____/

Case No: C08-00786 PJH

**AFFIDAVIT FOR DEFAULT JUDGMENT**

Raimi Shoaga, being duly sworn says that he is the Plaintiff In Pro Se in the above-entitled action; that the amount due to the plaintiff from the defendant Maersk Nigeria, Ltd., aka Maersk, aka Maersk Sealand, A.P. Moller Nigeria, Ltd. is 1,000,000.00, plus

1.

1 costs; and that the defendant is not an infant or incompetent person; that the default of the
2 defendant has been entered for failure to appear in the action; that the amount shown is
3 justly due and owing and that no part thereof has been paid; and that the defendant is not
4
5 in the military service of the United States.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.