1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

RECEIVED
08 JUN 18 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA, <br>     Plaintiff | Case No: C08-00786 |
| v. | **JUDGMENT** |
| A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA, <br>     Defendants | |

The defendant Maersk Nigeria, Ltd., aka Maersk, aka Maersk Sealand, A.P. Moller Nigeria, Ltd., having failed to plead or otherwise defend in this action, and default having been entered,

1.

1  NOW, upon application of the plaintiff and upon affidavit that the defendant is indebted
2  to the plaintiff in the sum of $ 1,000,000.00, that the defendant is not an infant or
3
4  incompetent person and not in the military service of the United States, it is hereby,
5  ORDERED, ADJUDGED AND DECREED, that the plaintiff recover of the defendant
6  the sum of $ 1,000,000.00 plus costs of this suit.
7
8  _____
   CLERK-United States District Court
9
10 Dated: _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2.