RECEIVED

08 JUN 18 PM 2: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT FOR THE**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  RAIMI SHOAGA,
              Plaintiff              Case No: _C08-00786BZ_

13

14         v.                        **REQUEST TO ENTER DEFAULT**

15  A.P. MOLLER-MAERSK GROUP,
    aka A.P. MOLLER-MAERSK A/S, aka
16  DANISH A.P. MOLLER-MAERSK
    GRUPPEN aka FIRMAET A.P.
17  MOLLER MAERSK; MAERSK LINES,
    INC., MAERSK LINES LTD.; MAERSK
18  NIGERIA, LTD., aka MAERSK, aka
19  MAERSK SEALAND; A.P. MOLLER
    NIGERIA, LTD.; BLOSADA; NIGER-
20  IAN PORT AUTHORITY; NIGERIAN
21  CUSTOMS AUTHORITY; ATTOR-
    NEY GENERAL OF THE FEDERAL
22  REPUBLIC OF NIGERIA,
23              Defendants
                                    /
24

25  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF CALIFORNIA,
26

27     You will please enter the default of the defendant A.P. Moller-Maersk Group, aka

28                                    1.

1   A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen aka Firmaet A.P.

2   Moller Maersk for failure to plead or otherwise defend as provided by the Federal Rules

3   of Civil Procedure as appears from the affidavit of Raimi/Shoaga hereto attached.

4

5                                    _____

6                                    RAIMI SHOAGA-Plaintiff In Pro Se

7

8   AND NOW, THIS _____ DAY OF _____, 2008, pursuant to request to

9   enter default and affidavits filed, default is hereby entered against the defendant for

10  failure to plead or otherwise defend.

11

12                                    _____

                                     Clerk-United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2.