```
1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se
```

FILED
08 JUN 18 PM 2: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>    Plaintiff<br><br>v.<br><br>A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,<br>    Defendants<br>_____ / | Case No: C08-00786 BZ  PJH<br><br>**AFFIDAVIT FOR ENTRY OF DEFAULT** |

Raimi Shoaga, being duly sworn, says that he is the Plaintiff In Pro Se in the above-entitled action; that the complaint and summons in this action were served on the defendant A.P. Moller-Maersk Group, aka A.P. Moller Maersk A/S, aka Danish A.P.

1.

1   Moller-Maersk Gruppen aka Firmaet A.P. Moller Maersk on 2/29/08; that service was

2   made on  2/29/08  ; that the time within which the defendant may

3   answer or otherwise move as to the complaint has expired; that the defendant has not

4

5   answered or otherwise moved and that the time for the defendant to answer or otherwise

6   move has not been extended.

7

8   _____

9   RAIMI SHOAGA- Plaintiff In Pro Se

2.