FILED

1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
   (510) 395-3926
3

4  In Pro Se

08 JUN 18 PM 2:04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
          Plaintiff

          v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
          Defendants
_____/

Case No: C08-00786 PJH

**REQUEST FOR DEFAULT JUDG-
MENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA,

   Upon the affidavit attached hereto, you will please enter judgment by default against

1.

A.P. Moller-Maersk Group, aka A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen aka Firmaet A.P. Moller Maersk, the defendant in the above-entitled action for $7,000,000.00, plus costs.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.