1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se

FILED
08 JUN 18 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
          Plaintiff

         v.

A.P. MOLLER-MAERSK GROUP,
aka A.P. MOLLER-MAERSK A/S, aka
DANISH A.P. MOLLER-MAERSK
GRUPPEN aka FIRMAET A.P.
MOLLER MAERSK; MAERSK LINES,
INC., MAERSK LINES LTD.; MAERSK
NIGERIA, LTD., aka MAERSK, aka
MAERSK SEALAND; A.P. MOLLER
NIGERIA, LTD.; BLOSADA; NIGER-
IAN PORT AUTHORITY; NIGERIAN
CUSTOMS AUTHORITY; ATTOR-
NEY GENERAL OF THE FEDERAL
REPUBLIC OF NIGERIA,
          Defendants
                                    /

Case No: C08-00786 PJH

**AFFIDAVIT FOR DEFAULT JUDGMENT**

   Raimi Shoaga, being duly sworn says that he is the Plaintiff In Pro Se in the above-

entitled action; that the amount due to the plaintiff from the defendant A.P. Moller-

Maersk Group, aka A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen

1.

1  aka Firmaet A.P. Moller Maersk is $ 7,000,000.00, plus costs; and that the defendant is
2  not an infant or incompetent person; that the default of the defendant has been entered for
3  failure to appear in the action; that the amount shown is justly due and owing and that no
4
5  part thereof has been paid; and that the defendant is not in the military service of the
6  United States.

_____
RAIMI SHOAGA-Plaintiff In Pro Se

2.