RAIMI SHOAGA
P.O. Box 7274
Oakland, California 94601
(510) 395-3926

In Pro Se

RECEIVED
08 JUN 18 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,
    Plaintiff

v.

A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,
    Defendants
_____/

Case No: C08-00786 BZ   PJH

**JUDGMENT**

    The defendant A.P. Moller-Maersk Group, aka A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen aka Firmaet A.P. Moller Maersk, having failed to plead or otherwise defend in this action, and default having been entered,

1.

1 | NOW, upon application of the plaintiff and upon affidavit that the defendant is indebted
2 | to the plaintiff in the sum of $ 7,000,000.00, that the defendant is not an infant or
3 |
4 | incompetent person and not in the military service of the United States, it is hereby,
5 | ORDERED, ADJUDGED AND DECREED, that the plaintiff recover of the defendant
6 | the sum of $ 7,000,000.00 plus costs of this suit.
7 |
8 | _____
  | CLERK-United States District Court
9 |
10 | Dated: _____
11 |
12 |
...
28 |                                   2.