AO 440 (Rev. 8/01) Summons in a Civil Action

plus ORDER SETTING INITIAL CMC & ADR

**RETURN OF SERVICE**

Service of the Summons and Complaint was made by me ¹ C08-00786   DATE 15-04-2008

Name of SERVER: AYODELE AKINWANDE    TITLE: Mr.

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
NIGERIA CUSTOMS
FEDERAL OPERATIONS
MOBOLAJI BANK ANTHONY WAY
IKEJA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
DC SANUSI
SAME ADDRESS AS ABOVE.

☐ Returned unexecuted:

☐ Other (specify):

[FILED 08 JUN 18 PM 2:09 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25 miles | Process Service | $160.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 15-04-2008
Date

Signature of Server

Address of Server: 6 LADIPO KUKU ST, IKEJA, LAGOS, NIGERIA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Mrs O. Taiwo

[High Court of Lagos State Cash Office seal]

plus ORDER SETTING           **RETURN OF SERVICE**
    INITIAL CMC + ADR

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  C08-00786  07-04-2008 |
| Name of SERVER  AYODELE AKINWANDE | TITLE  Mr. |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
  MAERSK
  PLOT 121 LOUIS SOLOMON CLOSE
  VICTORIA ISLAND - LAGOS

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
  A. AKAnabe (MRS)
  SAME AS ABOVE        Akanabe 7/4/08

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40 miles | Process Service | $160.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-04-2008
             Date

Signature of Server

Address of Server: 6 LADIPO KUKU ST IKEJA LAGOS, NIGERIA

Mrs. O. Taiwo

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

[HIGH COURT OF LAGOS - CASH OFFICE stamp]

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| plus ORDER SETTING INITIAL CMC + ADR | **RETURN OF SERVICE** |
| Service of the Summons and Complaint was made by me¹ C08-00786 | DATE 15-04-2008 |

| Name of SERVER | | |
|---|---|---|
| AYODELE AKINWANDE | TITLE | Mr. |

Check one box below to indicate appropriate method of service

[✓] Served Personally upon the Defendant. Place where served:
   RLOSADA
   & MAERSK
   PLOT 121 LOUIS SOLOMON CLOSE
   VICTORIA ISLAND. LAGOS

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:
   SEUN (CUSTOMER SERVICE) MAERSK
   PLOT 121 LOUIS SOLOMON CLOSE
   VICTORIA ISLAND. LAGOS

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40 miles | Process Service | $160.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15-04-2008
             Date

Signature of Server

Address of Server: 6 LADIPO KUKU ST. IKEJA LAGOS. NIGERIA.

Mrs. R. Taiwo

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

*plus ORDER SETTING INITIAL CMC & ADR*

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹   C08-00786   DATE 15-04-2008

Name of SERVER: AYODELE AKINWANDE   TITLE: Mr.

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
NIGERIA PORT AUTHORITY
MARINA
LAGOS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
IBRAHIM ADAMU MUAZU (OPERATIONS)
RORO TIN CAN ISLAND
APAPA, LAGOS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 30 miles | Process Service | $160.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15-04-2008
Date

Signature of Server

Address of Server: 6 LADIPO KUKU ST. IKEJA LAGOS, NIGERIA.

¹ serve a summons see Rule 4 of the Federal Rules of Civil Procedure