1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendants
7  MAERSK, INC. and MAERSK LINE LIMITED

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | RAIMI SHOAGA,                                  ) Case No. C08-00786 PJH
                                                    )
13 |                       Plaintiff,                ) DECLARATION OF JOHN COX IN
                                                    ) SUPPORT OF DEFENDANTS' REPLY
14 |        vs.                                      ) BRIEF IN SUPPORT OF MOTION TO
                                                    ) DISMISS PLAINTIFF'S
15 | A.P. MOLLER – MAERSK GROUP aka                 ) DUPLICATIVE COMPLAINT FOR
     A.P. Moller – Maersk a/s aka Danish A.P.       ) LACK OF JURISDICTION AND
16 | MOLLER-MAERSK GRUPPEN aka                      ) FAILURE TO STATE A CLAIM UPON
     FIRMET A.P. MOLLER, MAERSK, INC.,              ) WHICH RELIEF CAN BE GRANTED
17 | MAERSK LINES, LTD.; MAERSK                     )
     NIGERIA, LTD., aka MAERSK, aka                 ) Date: July 9, 2008
18 | MAERSK SEALAND; A.P. MOLLER                    ) Time: 9:00 a.m.
     NIGERIA, LTD.; BLOSADA; NIGERIAN               ) Dept: Courtroom 3, 17th Floor, United
19 | PORT AUTHORITY; NIGERIAN                       ) States District Judge Phyllis J. Hamilton
     CUSTOMS AUTHORITY; ATTORNEY                    )
20 | GENERAL OF THE FEDERAL                         )
     REPUBLIC OF NIGERIA,                           )
21 |                                                )
                           Defendants.              )
22 |                                                )

23

24
         I, JOHN COX declare as follows:
25
         1.      I am an attorney at law licensed to practice before this Court and employed
26
   as an associate by the law firm Keesal, Young & Logan, attorneys for Defendants
27
   MAERSK, INC., MAERSK LINES, LTD. ("Defendants") in this matter. I have personal
28

- 1 -                                                        KYL_SF463463
DECLARATION OF JOHN COX IN SUPPORT OF REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS – C08-00786 PJH

knowledge of the facts set forth below and, if called upon to testify as a witness, could testify competently thereto.

2. This Declaration is submitted in support of Defendants' Reply Brief In Support Of Motion to Dismiss Plaintiff's Duplicative Complaint For Lack of Jurisdiction And Failure To State A Claim Upon Which Relief Can Be Granted.

3. A true and correct copy of the United States Court of Appeals for the Ninth Circuit's General Docket in case number 07-15073/CV-05-02213-SBA, *Shoaga v. A.P. Moller-Maersk, et al.* dated June 25, 2008 is attached hereto as "Exhibit A." I personally printed a copy of this docket today from the Ninth Circuit CM/ECF website, https://ecf.ca9.uscourts.gov/.

4. Exhibit A shows the complete list of documents filed with the court. There is no indication that Plaintiff Raimi Shoaga has attempted to dismiss this appeal.

Executed this 25 day of June, 2008 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ John Cox
JOHN COX

| Court Home | Case Search | Orders/Judgments | Billing History | | XML | TXT | Logout | Help |

# General Docket
## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 07-15073      **Docketed:** 01/16/2007
**Nature of Suit:** 3120 Marine Contract Actions
Shoaga v. A.P. Moller-Maersk, et al
**Appeal From:** US District Court for Northern California, Oakland

**Case Type Information:**
 1) civil
 2) private
 3) null

**Originating Court Information:**
 **District:** 0971-4 : CV-05-02213-SBA
 **Trial Judge:** Saundra B. Armstrong, U.S. District Judge
 **Date Filed:** 06/01/2005
 **Date Order/Judgment:**      **Date NOA Filed:**
 12/12/2006      01/10/2007

**Prior Cases:**
 None

**Current Cases:**
 None

---

| RAIMI SHOAGA | Raimi Shoaga |
| Plaintiff - Appellant | Direct: 510/597-9855 |
| | [COR LD NTC Pro Se] |
| | Apt. #E |
| | 1080 - 67th Street |
| | Oakland, CA 94608-0000 |

v.

| A.P. MOLLER-MAERSK GROUP, aka A.P. Moller-Maersk s/a aka Danish A.P. Moller-Maersk Grruppen aka Firmet A.P. Moller) | No Appearance |
| Defendant - Appellee | No address |
| | City Name, 00000-0000 |
| | Country |
| MAERSK INC. | John Cox, Esq., Attorney |
| Defendant - Appellee | Direct: 415/398-6000 |
| | Fax: 415/981-0136 |
| | [COR LD NTC Retained] |
| | KEESAL, YOUNG & LOGAN |
| | Suite 1500 |
| | Four Embarcadero Center |

EXHIBIT A

|  |  |
|---|---|
| **MAERSK LINES LTD**<br>    Defendant - Appellee | San Francisco, CA 94111-0000<br><br>John D. Giffin, Esq., Attorney<br>Direct: 415/989-0616<br>[COR LD NTC Retained]<br>KEESAL, YOUNG & LOGAN<br>Suite 1500<br>Four Embarcadero Center<br>San Francisco, CA 94111-0000<br><br>John Cox, Esq., Attorney<br>Direct: 415/398-6000<br>[COR LD NTC Retained]<br>(see above)<br><br>John D. Giffin, Esq., Attorney<br>Direct: 415/989-0616<br>[COR LD NTC Retained]<br>(see above) |

RAIMI SHOAGA,

   Plaintiff - Appellant

v.

A.P. MOLLER-MAERSK GROUP, aka A.P. Moller-Maersk s/a aka Danish A.P. Moller-Maersk Grruppen aka Firmet A.P. Moller); MAERSK INC.; MAERSK LINES LTD,

   Defendants - Appellees

| | | |
|---|---|---|
| 01/16/2007 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCE OF APLT IN PRO PER AND COUNSEL FOR APLES. CADS SENT (Y/N): n. setting schedule as follows: Fee payment is due 1/30/07 ; appellant's opening brief is due 2/26/07; appellees' brief is due 3/28/07,, ; appellants' reply brief is due 4/11/07; [07-15073] |
| 01/16/2007 | 2 | Received certificate of record. RT filed in DC none [07-15073] |
| 01/16/2007 | 3 | Filed Raimi Shoaga Civil Appeals Docketing Statement served on 1/10/07 (to CONFATT) [07-15073] [07-15073] |
| 01/19/2007 | 5 | Copy DC motion received re: application to proceed ifp (Casefile) [07-15073] |
| 01/26/2007 | 6 | Received copy of District Court order filed on 1/23/07 re: ... application to proceed ifp is denied without prejudice. (Saundra Brown Armstrong) (Casefile) [07-15073] |
| 02/05/2007 | 8 | Filed order (Deputy Clerk/PRO SE: jlc) A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment |

|            |    |                                                                                                                                                                                                                                      |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | to this court or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1. [07-15073] |
| 02/06/2007 | 10 | Received notification from District Court re payment of docket fee. (Date: 2/2/07) (Casefile) [07-15073]                                                                                                                             |
| 02/20/2007 | 11 | 14 day oral extension by phone of time to file Appellant's opening brief. [07-15073] appellant's opening brief due March 12, 2007; appellee's answering brief due April 11, 2007; and the optional reply brief is due 14 days after service of the answering brief. |
| 03/09/2007 | 12 | Filed original & 15 copies Appellant Raimi Shoaga opening brief (Informal: n) 11 pages [5 appendix in support of br]; served on 3/8/07 [07-15073]                                                                                     |
| 04/11/2007 | 13 | Filed original & 15 copies Aples A.P. Moller-Maersk, Maersk Inc., Maersk Lines Ltd's 17 pages brief; 5 Supplemental Excs.; served on 4/11/07 [07-15073]                                                                               |
| 04/25/2007 | 15 | Filed original & 15 copies Raimi Shoaga reply brief (Informal: n) 7 pages; served on 4/25/07 [07-15073]                                                                                                                               |
| 06/01/2007 | 19 | Calendar check performed [07-15073]                                                                                                                                                                                                  |
| 06/05/2007 | 20 | FILED CERTIFIED RECORD ON APPEAL IN 4 CLERKS RECORD. [07-15073]                                                                                                                                                                      |

| PACER Service Center |             |                  |            |
|----------------------|-------------|------------------|------------|
| Transaction Receipt  |             |                  |            |
| 06/25/2008 12:07:41  |             |                  |            |
| PACER Login:         | ky0005      | Client Code:     | 2379-659   |
| Description:         | Docket Report (filtered) | Search Criteria: | 07-15073 |
| Billable Pages:      | 1           | Cost:            | 0.08       |

## PROOF OF SERVICE

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 PJH

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On the date indicated below, I served the foregoing documents described as:

**DECLARATION OF JOHN COX IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S DUPLICATIVE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601**

☒ **BY E-MAIL:** I caused such document(s) to be served electronically via the Court's ECF filing system.

☒ **BY USPS EXPRESS MAIL:** I caused such envelope(s), fully prepaid on account, to be placed within the custody of the United States Postal Service at San Francisco, California. I am readily familiar with Keesal, Young & Logan's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Keesal, Young & Logan's business practice, the document described above will be deposited in a box or other facility regularly maintained by the USPS.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 25, 2008 at San Francisco, California.

*/s/ K'Ann M. Klein*

K'Ann M. Klein