**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 27, 2008

RE: CV 08-00786 PJH    RAIMI SHOAGA-v- A.P. MOLLER-MAERSK GROUP, et al.

Default is entered as to **Defendant A.P. Moller-Maersk Group**, aka A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen, aka Firmaet A.P. Moller Maersk on June 27, 2008.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*
by Felicia Reloba
Case Systems Administrator

NDC TR-4  Rev. 3/89