**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                     General Court Number
Clerk                                                                                              415.522.2000

June 27, 2008


RE:  CV 08-00786 PJH          RAIMI SHOAGA-v- A.P. MOLLER-MAERSK GROUP


Default is declined as to Defendants Nigerian Port Authority, Nigerian Customs Authority,
Attorney General of the Federal Republic of Nigeria and Maersk Nigeria, Ltd., aka Maersk, aka
Maersk Sealand, A.P. Moller Nigeria, Ltd. on June 27, 2008.




RICHARD W. WIEKING, Clerk

_Felicia Reloba_

by:  Felicia Reloba
Case Systems Administrator