1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Specially Appearing for Defendant A.P. MOLLER-MAERSK A/S
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   RAIMI SHOAGA,                          )  Case No. C08-00786 PJH
12                                        )
                        Plaintiff,        )  SPECIALLY APPEARING
13                                        )  DEFENDANT A.P. MOLLER-MAERSK
              vs.                         )  A/S' REQUEST FOR JUDICIAL
14                                        )  NOTICE
   A.P. MOLLER – MAERSK GROUP aka         )
15 A.P. Moller – Maersk a/s aka Danish A.P.) Date: August 13, 2008
   MOLLER-MAERSK GRUPPEN aka              )  Time: 9 a.m.
16 FIRMET A.P. MOLLER, MAERSK, INC.,      )  Dept: Courtroom 3, 17th Floor, United
   MAERSK LINES, LTD.; MAERSK             )  States District Judge Phyllis J. Hamilton
17 NIGERIA, LTD., aka MAERSK, aka         )
   MAERSK SEALAND; A.P. MOLLER            )
18 NIGERIA, LTD.; BLOSADA; NIGERIAN       )
   PORT AUTHORITY; NIGERIAN               )
19 CUSTOMS AUTHORITY; ATTORNEY            )
   GENERAL OF THE FEDERAL                 )
20 REPUBLIC OF NIGERIA,                   )
                                          )
21                      Defendants.       )

22     Specially Appearing Defendant A.P. MOLLER – MAERSK A/S by and through

23 their counsel, hereby request that this Court take judicial notice pursuant to Federal

24 Rule of Evidence 201 of the following and documents, attached as Exhibits to the

25 concurrently filed Declaration of John Cox, from this Court's own files:

26     1.    Case Number C05-02213-SBA, *Raimi Shoaga v. Bolsada, et al.*, Docket

27 (hereinafter "Docket") Number 1, Complaint filed June 1, 2005.

28
                                       - 1 -                          KYL_SF463727

SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' REQUEST FOR JUDICIAL
NOTICE – Case No. C08-00786 PJH

1    2.   Docket Number 21, Amended Complaint filed October 14, 2005.

2    3.   Docket Number 52, Order by Hon. Saundra Brown Armstrong dated
3    January 24, 2006.

4    4.   Docket Number 54, Second Amended Complaint filed February 16, 2006.

5    5.   Docket Number 73, Order by Hon. Saundra Brown Armstrong dated April
6    26, 2006.

7    6.   Docket Number 95, Third Amended Complaint filed July 27, 2006.

8    7.   Docket Number 120, Order by Hon. Saundra Brown Armstrong dated
9    November 7, 2006.

10   8.   Printout of Civil Docket #: 4:05-cv-02213-SBA.

11   9.   Docket Number 123, Order by Hon. Saundra Brown Armstrong dated
12   December 11, 2006.

13   10.  Docket Number 124, Notice of Appeal filed by Plaintiff Raimi Shoaga
14   January 11, 2007.

15   11.  Docket Number 69, Order by Hon. Saundra Brown Armstrong dated April
16   13, 2006.

17   12.  Docket Number 135, Administrative Motion to Consider Whether Cases
18   Should be Related filed by Maersk Line Limited filed by Maesrk, Inc. May 14, 2008.

19   13.  Docket Number 137, Opposition to Administrative Motion to Consider
20   Whether Cases Should Be Related filed by Plaintiff June 24, 2008.

21   14.  In case number C08-00786, *Raimi Shoaga v. A.P. Moller-Maersk Group, et*
22   *al.* Docket Number 1, Complaint filed February 8, 2008.

23   15.  In case number C08-00786, *Raimi Shoaga v. A.P. Moller-Maersk Group, et*
24   *al.* Docket Numbers 48 – 57, relating to Plaintiff's Request for Entry of Default against
25   A.P. Moller – Maersk A/S.

26   16.  United States Court of Appeals for the Ninth Circuit General Docket from
27   Appellate Case Number 07-15073.

28
- 2 -    KYL_SF463727

SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' REQUEST FOR JUDICIAL
NOTICE – Case No. C08-00786 PJH

1  17. All of this Court's files in case numbers C08-00786-PJH and C05-02213-
2  SBA.
3
4  DATED: July 1, 2008

John D. Giffin
John Cox
KEESAL, YOUNG & LOGAN
Attorneys for Specially Appearing Defendant
A.P. MOLLER-MAERSK A/S

- 3 -

KYL_SF463727

SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' REQUEST FOR JUDICIAL
NOTICE – Case No. C08-00786 PJH