1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation, Suite 1500
4  Four Embarcadero Center
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Specially Appearing for Defendant A.P. MOLLER-MAERSK A/S
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 RAIMI SHOAGA,                    ) Case No. C08-00786 PJH
12                                  )
                    Plaintiff,      ) [PROPOSED] ORDER GRANTING
13                                  ) SPECIALLY APPEARING
         vs.                        ) DEFENDANT A.P. MOLLER-MAERSK
14                                  ) A/S' MOTION TO SET ASIDE
   A.P. MOLLER – MAERSK GROUP aka   ) DEFAULT AND DISMISS
15 A.P. Moller – Maersk a/s aka Danish A.P. )
   MOLLER-MAERSK GRUPPEN aka        ) Date: August 13, 2008
16 FIRMET A.P. MOLLER, MAERSK, INC., ) Time: 9 a.m.
   MAERSK LINES, LTD.; MAERSK       ) Dept: Courtroom 3, 17th Floor, United
17 NIGERIA, LTD., aka MAERSK, aka   ) States District Judge Phyllis J. Hamilton
   MAERSK SEALAND; A.P. MOLLER      )
18 NIGERIA, LTD.; BLOSADA; NIGERIAN )
   PORT AUTHORITY; NIGERIAN         )
19 CUSTOMS AUTHORITY; ATTORNEY      )
   GENERAL OF THE FEDERAL           )
20 REPUBLIC OF NIGERIA,             )
                                    )
21                  Defendants.     )

22
23        Having considered Specially Appearing Defendant A.P. MOLLER-MAERSK
24 A/S' Motion to Set Aside Default and Dismiss, the Court now ORDERS:
25        Specially Appearing for Defendant A.P. MOLLER-MAERSK A/S' Motion to
26
27
28                                  - 1 -                          KYL_SF463735
   [PROPOSED] ORDER GRANTING DEFENDANT A.P. MOLLER-MAERSK A/S' MOTION TO SET
   ASIDE DEFAULT AND DISMISS – CASE NO. C08-00786 PJH

1  Set Aside Default and Dismiss is granted.

2

3  **IT IS SO ORDERED.**

4

5  DATED: _____   _____

6                                           The Honorable United States District Judge
Phyllis J. Hamilton

DECLARATION OF JOHN COX IN SUPPORT OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' MOTION TO SET ASIDE DEFAULT AND DISMISS – CASE NO. C08-00786 PJH