```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN COX, CASB NO. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation, Suite 1500
 4  Four Embarcadero Center
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Specially Appearing for Defendant A.P. MOLLER-MAERSK A/S
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11
    RAIMI SHOAGA,                    )  Case No. C08-00786 PJH
12                                   )
                       Plaintiff,    )  PROOF OF SERVICE
13                                   )
              vs.                    )
14                                   )
    A.P. MOLLER – MAERSK GROUP aka   )
15  A.P. Moller – Maersk a/s aka Danish A.P. )
    MOLLER-MAERSK GRUPPEN aka        )
16  FIRMET A.P. MOLLER, MAERSK, INC.,)
    MAERSK LINES, LTD.; MAERSK       )
17  NIGERIA, LTD., aka MAERSK, aka   )
    MAERSK SEALAND; A.P. MOLLER      )
18  NIGERIA, LTD.; BLOSADA; NIGERIAN )
    PORT AUTHORITY; NIGERIAN         )
19  CUSTOMS AUTHORITY; ATTORNEY      )
    GENERAL OF THE FEDERAL           )
20  REPUBLIC OF NIGERIA,             )
                                     )
21                     Defendants.   )
22
23                      Please see attached.
24
25
26
27
28
```

- 1 -

KYL_SF463737

PROOF OF SERVICE – Case No. C08-00786 PJH

## PROOF OF SERVICE

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 PJH

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On the date indicated below, I served the foregoing documents described as:

1. NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S TO SET ASIDE DEFAULT AND DISMISS;

2. SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' REQUEST FOR JUDICIAL NOTICE;

3. DECLARATION OF JOHN COX IN SUPPORT OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' MOTION TO SET ASIDE DEFAULT AND DISMISS;

4. [PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S' MOTION TO SET ASIDE DEFAULT AND DISMISS; and

5. PROOF OF SERVICE

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

☒ BY E-MAIL: I caused such document(s) to be served electronically via the Court's ECF filing system.

☒ BY MAIL: I deposited such envelope(s) in the mail at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were

1  produced and reproduced on paper purchased as recycled, as defined by Section 42202 of
2  the Public Resources Code. I declare that

3     I am employed in the office of a member of the bar of this court at whose direction
4  the service was made.

   Executed on July 1, 2008 at San Francisco, California.

   _____
   K'Ann M. Klein