1

2

3
UNITED STATES DISTRICT COURT
4
NORTHERN DISTRICT OF CALIFORNIA
5

6  RAIMI SHOAGA,

7          Plaintiff,                                    No. C 08-0786 PJH

8      v.                                                **NOTICE AND ORDER
                                                         DEFERRING HEARING DATE**
9  A.P. MOLLER-MAERSK GROUP, et al.,

10         Defendants.
   _____/
11

12     TO ALL PARTIES AND COUNSEL OF RECORD:

13     The hearing on defendants' motion to dismiss plaintiff's complaint, which was

14  previously set for July 9, 2008, at 9:00 a.m., has been VACATED and will be DEFERRED,

15  until such time as the motion to relate the instant case to a previously filed case, C 05-2213

16  SBA, has been determined.  Once the Judge assigned to the earlier filed case issues her

17  decision on the motion, the parties shall notify the undersigned of the decision, no later

18  than 7 days after such decision has issued.  In the event the cases are not related, this

19  court will then proceed to set a new hearing date on defendants' motion to dismiss the

20  present complaint.

21     The court has furthermore reviewed the docket and noted the presence of no less

22  than five pending "motions" for default judgment, all of which were filed by plaintiff

23  subsequent to the above-referenced motion to dismiss.  With respect to these five motions,

24  it appears from the docket that the clerk declined to enter default – a prerequisite to any

25  motion for default judgment – with respect to four defendants:  Nigerian Port Authority,

26  Nigerian Customs Authority, Attorney General of the Federal Republic of Nigeria, and

27  Maersk Nigeria, Ltd., aka Maersk, aka Maersk Sealand, A.P. Moller Nigeria, Ltd.

28  Accordingly, to the extent any motions for default judgment with respect to these

    defendants have been filed, they are now moot.

1    The clerk did enter default as to the fifth defendant, A.P. Moller-Maersk Group, aka

2   A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen, aka Firmaet A.P. Moller

3   Maersk.  That defendant has now filed a motion to set aside default and dismiss the

4   complaint, with a noticed hearing date of August 13, 2008.  In view of the pending motion to

5   relate cases, however, the court also declines to hear this additional motion until such time

6   as the related case motion has been decided, and hereby VACATES and DEFERS the

7   August 13 hearing date, and instructs the parties to notify the court of the decision on that

8   motion, in accordance with the instructions noted above.  If necessary, the court will then

9   re-schedule the motion to set aside default for hearing in conjunction with the pending

10  motion to dismiss that has also been continued.  The court furthermore instructs the parties

11  that, notwithstanding the instant order, the parties are required to adhere to a regular 35

12  day briefing schedule based on the original August 13 hearing date, as set forth in Civil

13  Local Rules 7-2 and 7-3.

14    The parties shall refrain from filing any more motions, until such time as the related

15  case motion is determined.

16  **IT IS SO ORDERED**.

17  Dated:  July 3, 2008

18  _____

19  PHYLLIS J. HAMILTON
    United States District Judge

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RAIMI SHOAGA,

          Plaintiff,

   v.

A.P. MOLLER-MAERSK GROUP et al,

          Defendant.

_____/

Case Number: CV08-00786 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

Dated: July 3, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk