```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOHN COX, CASB No. 197687
    john.cox@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  450 Pacific Avenue
    San Francisco, CA 94133
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Defendants MAERSK, INC. and MAERSK LINE LIMITED
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA, | Case No. C08-00786-PJH |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN, aka FIRMAET A.P. MOLLER MAERSK; MAERSK, INC.; MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT counsel for Defendants MAERSK, INC. and MAERSK LINE LIMITED have moved offices. Keesal, Young & Logan's new address, effective July 14, 2008 is:

1  KEESAL, YOUNG & LOGAN
2  450 Pacific Avenue
   San Francisco, CA 94133
3  Phone and fax numbers will remain the same.
4  All correspondence should be directed to our new address.
5
6  DATED: July 29, 2008                    _____
7                                          JOHN D. GIFFIN
                                           JOHN COX
8                                          KEESAL, YOUNG & LOGAN
                                           Attorneys for Defendants MAERSK, INC.
9                                          and MAERSK LINE LIMITED
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE</u>

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 PJH

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On the date indicated below, I served the foregoing documents described as:

**NOTICE OF CHANGE OF ADDRESS**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601**

☒ **BY MAIL**: I deposited such envelope(s) in the mail at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008 at San Francisco, California.

_____
K'Ann M. Klein

NOTICE OF CHANGE OF ADDRESS - Case No. C08-00786 PJH

KYL_SF464719