JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants MAERSK, INC. and MAERSK LINE LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA , | Case No. C08-00786 PJH |
| Plaintiff, | |
| vs. | **CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| A.P. MOLLER-MAERSK GROUP, et al. | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of Defendants MAERSK, INC. and MAERSK LINE LIMITED that as of this date, other than the named parties, there is no such interest to report.


DATED:  July 30, 2008

JOHN D. GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MAERSK, INC. and MAERSK LINE,
LIMITED.

1

## PROOF OF SERVICE

2

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 PJH

3

4      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young &

5   Logan, 450 Pacific Avenue, San Francisco, California, 94133.

6      On the date indicated below, I served the foregoing documents described as:

7

### NOTICE OF CHANGE OF ADDRESS

8

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope

9   addressed as follows:

10  **Raimi Shoaga**

11  **P.O. Box 7274**
    **Oakland, CA 94601**

12

        ☒      **BY MAIL:** I deposited such envelope(s) in the mail at San Francisco,

13  California. I am readily familiar with the firm's practice of collection and processing
    correspondence for mailing. It is deposited with the U.S. Postal Service on that same

14  day in the ordinary course of business. I am aware that on motion of party served,

15  service is presumed invalid if postal cancellation date or postage meter date is more than
    one day after deposit for mailing in this declaration.

16

17      Pursuant to the Local Rules of the United States District Court, I certify that all
    originals and service copies (including exhibits) of the papers referred to herein were

18  produced and reproduced on paper purchased as recycled, as defined by Section 42202 of
    the Public Resources Code. I declare that I am employed in the office of a member of the

19  bar of this court at whose direction the service was made.

20      Executed on July 30, 2008 at San Francisco, California.

21

22

23                                                      K'Ann M. Klein

24

25

26

27

28

KYL_SF464754

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS - Case No. C08-00786 PJH