1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  RAIMI SHOAGA,
8          Plaintiff(s),                    No. C 08-0786 PJH
9       v.                                  **CLERK'S NOTICE**
10 A.P. MOLLER-MAERSK GROUP, et al.,
11         Defendant(s).
12 _____/
13
        YOU ARE HEREBY NOTIFIED that on **September 11, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Case Management Conference **previously noticed for** August 7, 2008 , in this matter.


                                            Richard W. Wieking
                                            Clerk, U.S. District Court

                                            by:_____
                                            Nichole Heuerman, Deputy Clerk
                                            Honorable Phyllis J. Hamilton
                                            (415) 522-2023

Dated:  August 1, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,

        Plaintiff,

v.

A.P. MOLLER-MAERSK GROUP et al,

        Defendant.
                                     /

Case Number: CV08-00786 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

Dated: August 1, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk