**PROOF OF SERVICE**

FILED

AUG - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**U.S. District Court, Northern District Case No.** C 08-0786-PJH SBA

I am employed in the County of Alameda, State of California. I am over the age of 18 and my business address is: 5021 Starmine Way, Antioch, Ca 94532

On 7/31/08 , I served the foregoing documents described as:

ORDER - US Court of Appeals

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Attorney John Cox & John Giffin
Keesal Young & Logan
4, Embarcadero Ctr., SF CA 94111

**X** **BY ~~EXPRESS~~ MAIL:** I deposited such envelope(s) in the mail at _____ , California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

___ **BY UNITED STATES POSTAL SERVICE EXPRESS MAIL:** I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____ _____ , California.

___ **BY UNITED STATES POSTAL SERVICE REGISTERED AIR MAIL/RETURN RECEIPT:** I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____ , California.

___ **BY FACSIMILE:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the facsimile telephone number exhibited therewith. The Facsimile machine I used complied with California Rules of court, Rule 2003 and the transmission was reported as complete and without error. Pursuant to California Rules of Court, Rule 2006(d). I caused the machine to print a transmission record of the transmission and the transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 7/31/08 at Oakland, Ca California.

Gabriel Abigor.
Declarant

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAIMI SHOAGA, | No.  07-15073 |
| Plaintiff - Appellant, | D.C. No.  CV-05-02213-SBA |
| | Northern District of California, Oakland |
| v. | **FILED** |
| A.P. MOLLER-MAERSK GROUP, aka A.P. Moller-Maersk s/a aka Danish A.P. Moller-Maersk Grruppen aka Firmet A.P. Moller MAERSK INC.; MAERSK LINES LTD, | **ORDER**     AUG  1 2008 |
| | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Defendants - Appellees. | |

Appellants' letter filed July 29, 2008 is construed as a motions for voluntary dismissal of his appeal.  So construed, the motion is granted.  See Fed. R. App. P. 42(b).  This order served on the district court shall act as and for the mandate of this court.


FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Robert Sansone
Deputy Clerk

Raimi Shoaga
Apt. #E
1080 - 67th Street
Oakland, CA 94608-0000



Raim Shodga
Box 72714
Oakland, Ca94601

OAKLAND CA 946
31 JUL 2008 PM 10 T

To, United States District Court
Northern District
450, Golden Gate Ave.
San Francisco, Ca94102