# PROOF OF SERVICE

U.S. District Court, Northern District Case No. C08-0786 ~~PJH~~   SBA

STATE OF CALIFORNIA

I am employed in the County of Alameda, State of California. I am over the age of 18 and my business address is: 5021 Jasmine Way, Antioch, Calif

On 8/11/08, I served the foregoing documents described as:

Related Case Order

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John Cox & John Griffin
450 Pacific Ave
San Francisco, Calif 94133

__X__ BY ~~EXPRESS~~ MAIL: I deposited such envelope(s) in the mail at Oakland, Calif, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

____ BY UNITED STATES POSTAL SERVICE EXPRESS MAIL: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____ _____, California.

____ BY UNITED STATES POSTAL SERVICE REGISTERED AIR MAIL/RETURN RECEIPT: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____, California.

____ BY FACSIMILE: I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the facsimile telephone number exhibited therewith. The Facsimile machine I used complied with California Rules of court, Rule 2003 and the transmission was reported as complete and without error. Pursuant to California Rules of Court, Rule 2006(d). I caused the machine to print a transmission record of the transmission and the transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 8/11/08 at Oakland, Ca California.

Gabriel Abigor
Declarant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

FILED
AUG 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 05-02213 SBA      Shoaga v. Maersk Line, Inc. Et al

C 08-00786 BZ       Shoaga v. A.P. Moller- Maersk Group et al

I find that the above case is related to the case assigned to me. SBA

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 8/4/08                    _____Saundra B Armstrong_____
                                 Judge Saundra B. Armstrong

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

**DATED: 8/4/08**

By: ___*Lisa R. Clark*___
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAIMI SHOAGA,

        Plaintiff,

v.

A.P. MOLLER-MAERSK GROUP et al,

        Defendant.
_____/

Case Number: CV08-00786 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601

Dated: August 4, 2008

                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk

→ KYL

Fax # 415-981-0136
Phone # 415-~~981-01~~ 981-0136

From Rainn Shoaga   8-7-08   3:55 pm

To: John Cox &
    John D. Giffin

Re: Related Case Order



From: Rami Shrage
Box 7274
Oakland, Ca 94601

OAKLAND CA 946
11 AUG 2008 PM 9 T

To: US District Court
Northern District of California
450 Golden Gate Ave
San Francisco

USA FIRST-CLASS FOREVER