```
1  RAIMI SHOAGA
   P.O. Box 7274
2  Oakland, California 94601
3  (510) 395-3926

4  In Pro Se
```

FILED
'08 AUG 15 PM 4:50

[Clerk stamp] NORTHERN DISTRICT COURT CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>        Plaintiff<br><br>v.<br><br>A.P. MOLLER-MAERSK GROUP, aka A.P. MOLLER-MAERSK A/S, aka DANISH A.P. MOLLER-MAERSK GRUPPEN aka FIRMAET A.P. MOLLER MAERSK; MAERSK LINES, INC., MAERSK LINES LTD.; MAERSK NIGERIA, LTD., aka MAERSK, aka MAERSK SEALAND; A.P. MOLLER NIGERIA, LTD.; BLOSADA; NIGERIAN PORT AUTHORITY; NIGERIAN CUSTOMS AUTHORITY; ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA,<br>        Defendants | Case No: C08-00786<br><br>**CERTIFICATION OF PLAINTIFF IN SUPPORT OF DISQUALIFICATION OF JUDGE**<br>28 U.S.C. 144; 28 U.S.C. 455(a)(b)(1) |

    I, Raimi Shoaga, the plaintiff in the above-entitled action and I am acting as my own counsel of record. I have read the Application for and Affidavit in support of Disqualification of the assigned judge in this matter, and I verify on my own behalf that I

1.

1  am informed and believe the matters therein to be true and on that ground allege that the
2  matters stated therein are true.
3
4  I certify under penalty of perjury, that the foregoing is true and correct.
5  Executed on ___8-15-08___, at Oakland, California.
6
7  _____
8  RAIMI SHOAGA

2.

## PROOF OF SERVICE

C08-00786

Shoaga v. AP Moller et al

I am employed in the County of Alameda, State of California. I am over the age of 18 and my business address is: 5621 Jasmine Way, Antioch, Calif

On 8-15-08, I served the foregoing documents described as:

(1) Plaintiff's Application and Affidavit for disqualification and Removal of Assigned Judge 28 USC 144, 28 USC 455(a)(b)(1)

(2) Certification of Plaintiff in Support of disqualification

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Attorney John Cox & John Giffin
Keesal, Young & Logan
450 Pacific Ave
San Francisco, Calif 94133

X  BY ~~EXPRESS~~ MAIL: I deposited such envelope(s) in the mail at Oakland, Ca California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

___ BY UNITED STATES POSTAL SERVICE EXPRESS MAIL: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____, California.

___ BY UNITED STATES POSTAL SERVICE REGISTERED AIR MAIL/RETURN RECEIPT: I caused such envelope(s), full prepaid on account, to be placed within the custody of UNITED STATES POSTAL SERVICE at _____, California.

___ BY FACSIMILE: I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the facsimile telephone number exhibited therewith. The Facsimile machine I used complied with California Rules of court, Rule 2003 and the transmission was reported as complete and without error. Pursuant to California Rules of Court, Rule 2006(d). I caused the machine to print a transmission record of the transmission and the transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 8/15/08 at Oakland, Ca California.

Gabriel Abigor
Declarant