1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
7  Specially Appearing for Defendant A.P. MOLLER-MAERSK A/S

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 RAIMI SHOAGA,                          ) Case No. C08-00786-SBA
                                          )
12              Plaintiff,                ) **RE-NOTICE OF MOTION OF**
                                          ) **SPECIALLY APPEARING**
13       vs.                              ) **DEFENDANT A.P. MOLLER-MAERSK**
                                          ) **A/S TO SET ASIDE DEFAULT AND**
14 A.P. MOLLER-MAERSK GROUP, aka          ) **DISMISS**
   A.P. MOLLER-MAERSK A/S, aka            )
15 DANISH A.P. MOLLER-MAERSK              ) [FRCP 55(C); FRCP 12(B)]
   GRUPPEN, aka FIRMAET A.P. MOLLER       )
16 MAERSK; MAERSK, INC.; MAERSK           ) Date:  October 7, 2008
   LINES LTD.; MAERSK NIGERIA, LTD.,      ) Time:  1:00 p.m.
17 aka MAERSK, aka MAERSK SEALAND;        ) Dept:  Courtroom 3, 3rd Floor,
   A.P. MOLLER NIGERIA, LTD.;             ) 1301 Clay St., Oakland, CA 94612
18 BLOSADA; NIGERIAN PORT                 )
   AUTHORITY; NIGERIAN CUSTOMS            ) *United States District Judge Saundra*
19 AUTHORITY; ATTORNEY GENERAL OF)          *Brown Armstrong*
   THE FEDERAL REPUBLIC OF                )
20 NIGERIA,                               )
                                          )
21              Defendant.                )
                                          )
22 _____)

23 **TO THE COURT AND PLAINTIFF RAIMI SHOAGA:**

24          RE-NOTICE IS HEREBY GIVEN that on October 7, 2008 at 1:00 p.m. in

25 Courtroom 3 on the 3rd Floor of the above-entitled Court located at 1301 Clay St.,

26 Oakland, California, United States District Saundra Brown Armstrong presiding,

27 Specially Appearing Defendant A.P. MOLLER-MAERSK A/S will, and hereby does,

28 move this Court to set aside the default entered June 27, 2008 against "A.P. Moller-

- 1 -

1   Maersk Group, aka A.P. Moller Maersk A/S, aka Danish A.P. Moller-Maersk Gruppen,

2   aka Firmaet A.P. Moller Maersk" and dismiss the above-entitled action.

3          This Motion will be based upon this Re-Notice of Motion, documents previously

4   filed in this matter bearing Docket Numbers 59, 60, 61 and 62 (and incorporated herein

5   by reference) and such other oral argument as may be introduced at the hearing of this

6   matter.

7

8   DATED: August _26_, 2008

9                                         JOHN D. GIFFIN
                                          JOHN COX
10                                        KEESAL, YOUNG & LOGAN
                                          Specially Appearing for Defendant A.P.
11                                        MOLLER-MAERSK A/S

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_SF465787
RE-NOTICE OF MOTION OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S TO
SET ASIDE DEFAULT AND DISMISS - Case No. C08-00786 SBA

# PROOF OF SERVICE

## *Shoaga v. Maersk, Inc. et al.*
## USDC Case No. C08-00786 SBA

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On the date indicated below, I served the foregoing documents described as:

## RE-NOTICE OF MOTION OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S TO SET ASIDE DEFAULT AND DISMISS

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Raimi Shoaga**
**P.O. Box 7274**
**Oakland, CA 94601**

☒      **BY MAIL**: I deposited such envelope(s) in the mail at San Francisco, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.  I declare that

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 26, 2008 at San Francisco, California.

_____
K'Ann M. Klein

KYL_SF465787

RE-NOTICE OF MOTION OF SPECIALLY APPEARING DEFENDANT A.P. MOLLER-MAERSK A/S TO SET ASIDE DEFAULT AND DISMISS - Case No. C08-00786 SBA