1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorney For Defendants
7  MAERSK, INC. and MAERSK LINES LIMITED
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11
   RAIMI SHOAGA,                          ) Case No. C08-00786-SBA
12                                         )
                        Plaintiff,         )
13                                         ) RE-NOTICE OF MOTION TO DISMISS
        vs.                                ) COMPLAINT FOR LACK OF
14                                         ) JURISDICTION AND FAILURE TO
   A.P. MOLLER-MAERSK GROUP, aka           ) STATE A CLAIM UPON WHICH
15 A.P. MOLLER-MAERSK A/S, aka             ) RELIEF CAN BE GRANTED
   DANISH A.P. MOLLER-MAERSK               )
16 GRUPPEN, aka FIRMAET A.P. MOLLER        ) [FRCP 12(B)(1)]
   MAERSK; MAERSK, INC.; MAERSK            ) [FRCP 12(B)(6)]
17 LINES LTD.; MAERSK NIGERIA, LTD.,       )
   aka MAERSK, aka MAERSK SEALAND;         ) Date:  October 7, 2008
18 A.P. MOLLER NIGERIA, LTD.;              ) Time:  1:00 p.m.
   BLOSADA; NIGERIAN PORT                  ) Dept:  Courtroom 3, 3rd Floor,
19 AUTHORITY; NIGERIAN CUSTOMS             ) 1301 Clay St., Oakland, CA 94612
   AUTHORITY; ATTORNEY GENERAL OF          )
20 THE FEDERAL REPUBLIC OF                 ) *United States District Judge Saundra*
   NIGERIA,                                ) *Brown Armstrong*
21                                         )
                        Defendant.         )
22 _____)

23
   TO THE COURT AND PLAINTIFF RAIMI SHOAGA:
24
           RE-NOTICE IS HEREBY GIVEN that on October 7, 2008 at 1:00 p.m. in
25
   Courtroom 3 on the 3rd Floor of the above-entitled Court located at 1301 Clay St.,
26
   Oakland, California, United States District Saundra Brown Armstrong presiding,
27
   Defendants MAERSK, INC. and MAERSK LINES LIMITED (hereinafter "Defendants")
28
   will, and hereby do, move this Court to dismiss the above-entitled action.

                                        - 1 -                          KYL_SF465771
   RE-NOTICE OF MOTION TO DISMISS - Case No. C08-00786 SBA

1 |       This Motion will be based upon this Re-Notice of Motion, documents
2 | previously filed in this matter bearing Docket Numbers 17, 18, 19 and 20 (and
3 | incorporated herein by reference) and such other oral argument as may be introduced at
4 | the hearing of this matter.

7 | DATED: August 26, 2008

                                          JOHN D. GIFFIN
                                          JOHN COX
                                          KEESAL, YOUNG & LOGAN
                                          Attorney for Defendants
                                          MAERSK, INC. and MAERSK LINES LIMITED

# PROOF OF SERVICE

*Shoaga v. Maersk, Inc. et al.*
USDC Case No. C08-00786 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On the date indicated below, I served the foregoing documents described as:

**RE-NOTICE OF MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Raimi Shoaga
P.O. Box 7274
Oakland, CA 94601**

☒ **BY MAIL:** I deposited such envelope(s) in the mail at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in this declaration.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare that

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 26, 2008 at San Francisco, California.

K'Ann M. Klein